PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
RACHAEL L. DOUD
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Civil Case No. 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | ORDER TEMPORARILY SEALING FILE AND DOCKET |
| v. | FILED UNDER SEAL |
| [SEALED], | [FILED/LODGED CONCURRENTLY UNDER SEAL: *EX PARTE* REQUEST FOR AN ORDER TEMPORARILY SEALING THE FILE AND DOCKET; SEALED AFFIDAVIT OF ANDREW K. CRAWFORD] |
| Defendant[s]. | |

1  PHILLIP A. TALBERT
   United States Attorney
2  TARA AMIN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  AMANDA N. LISKAMM
   Director
7  RACHAEL L. DOUD
   Assistant Director
8  ANDREW K. CRAWFORD
9  FRANCISCO L. UNGER
   Trial Attorneys
10 Consumer Protection Branch
   Civil Division
11 U.S. Department of Justice
12 450 5th Street, NW
   Washington, DC 20530
13 Telephone: (202) 451-7301
   Email: andrew.k.crawford@usdoj.gov
14
15 Attorneys for Plaintiff United States of America

16                    UNITED STATES DISTRICT COURT
17                    EASTERN DISTRICT OF CALIFORNIA

| 18 | United States of America, | Civil Case No. 2:23-cv-02812-TLN-DB |
|---|---|---|
| 19 | Plaintiff, | |
| 20 | v. | ORDER TEMPORARILY SEALING FILE AND DOCKET |
| 21 | | LODGED UNDER SEAL |
| 22 | CB SURETY, LLC, et al., | |
| 23 | Defendants. | [FILED/LODGED CONCURRENTLY UNDER SEAL: *EX PARTE* REQUEST FOR AN ORDER TEMPORARILY SEALING THE FILE AND DOCKET; SEALED AFFIDAVIT OF ANDREW K. CRAWFORD] |

ORDER SEALING DOCUMENTS                      2

The United States having applied for an order directing that the docket and all documents filed in this action be filed temporarily under seal, and good cause appearing, it is hereby ORDERED that the motion is GRANTED, and IT IS FURTHER ORDERED as follows:

1. The file and docket in this action, including the Complaint, Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and Brief in Support thereof ("TRO Motion"), and all other pleadings, motions, exhibits, and other papers and materials filed in support thereof, shall be filed under seal.

2. The file and docket shall be sealed until the United States informs the Court that the temporary restraining order has been served on Defendants, but no later than 11:59 p.m. Pacific Standard Time on December 8, 2023.

3. This Order shall not be construed to prohibit the United States from disclosing to non-parties, including to any temporary receiver appointed by the Court or to law enforcement officers, the existence of and parties to this lawsuit, or the documents filed in this case. It also shall not be construed to prohibit the temporary receiver from disclosing the Complaint or any order issued by this Court as necessary to fulfill the receiver's obligations.

IT IS SO ORDERED.

DATED this 6th day of December 2023

Troy L. Nunley
United States District Judge

ORDER SEALING DOCUMENTS          3