PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
RACHAEL L. DOUD
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Civil Case No. 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | ORDER TO UNSEAL FILE AND DOCKET |
| v. | |
| CB SURETY, LLC, et al., | |
| Defendants. | |

ORDER TO UNSEAL FILE AND DOCKET

Upon application for the United States and good cause having been shown, IT IS HEREBY ORDERED that the file and docket in the above captioned matter be, and are, unsealed.

DATED: December 12, 2023

_____
Troy L. Nunley
United States District Judge

ORDER TO UNSEAL FILE AND DOCKET