PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
RACHAEL L. DOUD
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Civil Case No. 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | ORDER EXTENDING TEMPORARY RESTRAINING ORDER |
| v. | |
| CB SURETY, LLC, et al., | |
| Defendants. | |

///

///

///

Upon request from the United States and good cause having been shown that: (1) Defendants have engaged in and are likely to engage in acts or practices that violate 18 U.S.C. §§ 1343, 1344 and 1349, and the United States is likely to prevail on the merits of this action; (2) immediate and irreparable harm will result from Defendants' ongoing violations of 18 U.S.C. §§ 1343, 1344, and 1349 unless they are restrained and enjoined by order of this Court; (3) immediate and irreparable damage to the Court's ability to grant effective relief will occur from the transfer, destruction, or other dissipation or concealment by Defendants of their assets or records unless they are restrained and enjoined by order of this Court; (4) good cause exists for freezing the assets of the Corporate Entities and Defendants Eide and Smith; (5) good cause exists for the ongoing appointment of a temporary receiver over the Corporate Entities, as well as any other entity that the Receiver determines is controlled or owned by the Corporate Entities, Defendant Eide, or Defendant Smith, and giving the United States and the Receiver ongoing access to CB Surety's business premises; and (6) extending the terms of the temporary restraining order is in the public interest given the fraud scheme, IT IS HEREBY ORDERED that the duration of the temporary restraining order (ECF No. 7) is extended until the parties have an opportunity to be heard at the preliminary injunction hearing and the Court issues its ruling. Further, the preliminary injunction hearing is hereby advanced to 10:00 a.m. on January 3, 2024. Defendants shall file and serve any opposition to the motion for a preliminary no later than 12:00 p.m. on December 29, 2023, and the Government shall file and serve any reply no later than 12:00 p.m. on January 2, 2024.

IT IS SO ORDERED.

Date:  December 20, 2023

Troy L. Nunley
United States District Judge