OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:   858.677.1400
Facsimile:    858.677.1401
oliver.kiefer@us.dlapiper.com

Attorneys for Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | (Assigned to Hon. Troy L. Nunley) |
| v. | **RECEIVER'S NOTICE OF SERVICE OF SUBPOENA TO BANK OF AMERICA CORPORATION** |
| CB SURETY LLC, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that, under Rule 45 of the Federal Rules of Civil Procedure, the attached subpoena to produce documents, information, or objects and to permit inspection, copying, testing, or sampling of the material will be served on Bank of America Corporation.

NOTICE IS FURTHER GIVEN THAT pursuant to Rule 45 of the Federal Rules of Civil Procedure, Receiver Kenneth R. Jones ("Receiver") will issue a subpoena to produce the requested documents identified in the subpoena on March 28, 2024, at 9:00 am, to the offices of DLA Piper LLP (US), 1201 N. Market Street, Suite 2100, Wilmington, DE 19801.

A copy of the subpoena and the Preliminary Injunction authorizing the Receiver to request these documents and records is attached hereto.

Dated: March 14, 2024　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　By: /s/ Oliver M. Kiefer
　　　　　　　　　　　　　　　　　　　　　　　Oliver M. Kiefer

　　　　　　　　　　　　　　　　　　　　Attorneys for Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

           */s/ Oliver M. Kiefer*
           Oliver M. Kiefer
           Attorney for Receiver
           Kenneth R. Jones