OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:  858.677.1400
Facsimile:   858.677.1401

Attorneys for Receiver
Kenneth R. Jones

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | (Assigned to Hon. Troy L. Nunley) |
| v. | **NOTICE OF LIS PENDENS** |
| CB SURETY LLC, et al., | |
| Defendants. | Action Filed:  December 1, 2023<br>Trial Date:     Not scheduled |

YOU ARE HEREBY NOTIFIED that on or about December 1, 2023, suit was instituted by UNITED STATES OF AMERICA, Plaintiff, against THOMAS EIDE, TRAVIS SMITH, CB SURETY LLC, PEAK BAKERY LLC, CASCADES POINT AT CLEMSON LLC, KP TESTING LLC, STEPHEN CHRISTOPHER, MOTION MEDIA MARKETING INC., SJC FINANCIAL SERVICES INC., ARIC GASTWIRTH, RESELLER CONSULTANTS INC., AMBRAGOLD INC., BRYAN BASS, THINK PROCESSING LLC and BASS BUSINESS CONSULTANTS (collectively, "Defendants").  The suit, as of April 17, 2024, involves a request for a permanent injunction and other equitable relief regarding certain assets of the above-named Defendants, including the following described property located in the County of Clark, State of Nevada, which is commonly described as 10309 Carolina Hills Avenue, Las Vegas, Nevada 89144 (the "Property").  The Property is a residential

property with a legal description as follows:

> Assessor Description: Discovery Hills Unit 2, Plat Book 72, Page 51, Lot 94, Block EGEOID: Pt N2 NE4 Sec 25 20 59.
>
> Assessor Parcel No. 137-25-518-013

Dated: April 18, 2024                      **DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
       Oliver M. Kiefer
       Attorneys for Receiver