1  OLIVER M. KIEFER (SBN 332830)
   *oliver.kiefer@us.dlapiper.com*
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, California 92121-2133
   Telephone:  858.677.1400
4  Facsimile:  858.677.1401

5  Attorneys for Receiver
   Kenneth R. Jones

6

7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,          Case No. 2:23-cv-02812-TLN-DB

12                    Plaintiff,       (Assigned to Hon. Troy L. Nunley)

13          v.                         **NOTICE OF LIS PENDENS**

14  CB SURETY LLC, et al.,

15                    Defendants.      Action Filed:  December 1, 2023
                                       Trial Date:     Not scheduled

16

17          YOU ARE HEREBY NOTIFIED that on or about December 1, 2023, suit was

18  instituted by UNITED STATES OF AMERICA, Plaintiff, against THOMAS EIDE,

19  TRAVIS SMITH, CB SURETY LLC, PEAK BAKERY LLC, CASCADES POINT

20  AT CLEMSON LLC, KP TESTING LLC, STEPHEN CHRISTOPHER, MOTION

21  MEDIA  MARKETING  INC.,  SJC  FINANCIAL  SERVICES  INC.,  ARIC

22  GASTWIRTH, RESELLER CONSULTANTS INC., AMBRAGOLD INC., BRYAN

23  BASS, THINK PROCESSING LLC and BASS BUSINESS CONSULTANTS

24  (collectively, "Defendants").  The suit, as of April 17, 2024, involves a request for a

25  permanent injunction and other equitable relief regarding certain assets of the above-

26  named Defendants, including the following described property located in the County

27  of Volusia, State of Florida, which is commonly described as 1428 New Bolton Drive,

28  Port Orange, Florida 32129 (the "Property").  The Property is a residential property

with a legal description as follows:

Lot 96 Sunrise Oaks PUD Phase III MB 48 PG 102 PER OR 5293 PG 0666 PER OR 5599 PG 0414 PER OR 7911 PG 0438 PER OR 7982 PG 2666 PER OR 8015 PG 4493

Assessor Parcel No. 630617000960

Dated:  April 18, 2024

**DLA PIPER LLP (US)**

By: _/s/ Oliver M. Kiefer_

Oliver M. Kiefer
Attorneys for Receiver