PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
RACHAEL L. DOUD
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Civil Case No. 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANTS BRYAN BASS AND BASS BUSINESS CONSULTANTS |
| v. | |
| CB SURETY, LLC, et al., | |
| Defendants. | |

To The Clerk of the Above-Entitled Court:

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff the United States of America requests that the Clerk of the Court enter Default in this matter against Defendants Bryan Bass and Bass Business Consultants for their failure to appear or otherwise respond to the government's Complaint within the time prescribed by Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    On December 1, 2023, the United States filed its Complaint (ECF No. 1). On January 26, 2024, Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the United States sent Defendant Bass, individually, and in his capacity as a director of Defendant Bass Business Consultants, a request that he and Bass Business Consultants waive service (ECF Nos. 73 and 74). Pursuant to Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendants Bass and Bass Business Consultants, who the United States understands to be in a judicial district outside the United States, had 90 days from the date the request for a waiver was sent to answer or otherwise respond to the Complaint. Therefore, a response was due from Defendants Bass and Bass Business Consultants by April 25, 2024.

    As of the date of this Request, the United States has not received a response from Defendants Bass and Bass Business Consultants, nor is there record of an answer or other response to the Complaint entered on the Court's electronic docket. Filed contemporaneously with this Request is an affidavit of counsel, attesting the same.

    Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Accordingly, the government requests that the Clerk of the Court enter default against each of the above-listed Defendants for their failure to answer, plead, or otherwise defend.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 10, 2024 | Respectfully submitted, |
| 3 | | |
| 4 | PHILLIP A. TALBERT<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| 5 | | |
| 6 | TARA AMIN<br>Assistant United States Attorney | ARUN G. RAO<br>Deputy Assistant Attorney General |
| 7 | | AMANDA N. LISKAMM |
| 8 | | Director, Consumer Protection Branch |
| 9 | | RACHAEL L. DOUD<br>Assistant Director, Consumer Protection Branch |

_/s/ Andrew K. Crawford_
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
United States Department of Justice

*Attorneys for Plaintiff United States of America*

# CERTIFICATE OF SERVICE

I certify that on May 10, 2024, a copy of foregoing Request for Entry of Default was served on the parties by the following methods:

<u>CM/ECF</u>:

Daniel Olmos
Nolan Barton Olmos & Luciano LLP
600 University Avenue
Palo Alto, CA 94301
430 D Street
Davis, CA 95616

*Counsel for Defendants Thomas Eide and Cascades Pointe at Clemson, LLC*

Manny Medrano
RIMÔN PC
2029 Century Park East
Los Angeles, CA 90067

*Counsel for Defendants Aric Gastwirth, Reseller Consultants, Inc., and Ambragold, Inc.*

<u>Email</u>:

Bryan Bass
bassbryan1@gmail.com

Bass Business Consultants
c/o Bryan Bass
bassbryan1@gmail.com

Andrew K. Crawford
Trial Attorney
United States Department of Justice

*Attorney for Plaintiff United States of America*