PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
RACHAEL L. DOUD
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Civil Case No. 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO ADD RECEIVERSHIP ENTITIES |
| v. | |
| CB SURETY, LLC, et al., | Date: June 27, 2024<br>Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley |
| Defendants. | |

    PLEASE TAKE NOTICE that on June 27, 2024, at 2:00 pm, or as soon thereafter as may be heard, Plaintiff the United States of America will, and hereby does, move to endorse the Receiver's request that the Court add two additional entities to the Receivership, impose an asset

freeze over their accounts, and grant the Receiver exclusive control of those accounts. This motion will be made in Courtroom 2 of the United States Courthouse located at 501 I Street in Sacramento, California.

The Receiver's requests are warranted because the Receiver has uncovered clear evidence that two additional entities—Won It All, Inc., and Run It Up, Inc.—are controlled by Defendants and have been used by Defendants to further Defendants' alleged scheme, including by controlling the scheme's ill-gotten gains and compensating individuals involved in furthering the scheme. Accordingly, these additional entities fall within the contours of the Receivership already authorized by this Court. *See* ECF No. 31 at 4-7.

This Motion will be based on this Notice of Motion and Motion, the Interim Status Reports filed by the Receiver in this action (ECF Nos. 67-1 and 72-1), and all pleadings, records, and other documents on file with the Court in this action, and on any other evidence as may be presented at the hearing of this matter.

Dated: May 16, 2024               Respectfully submitted,

PHILLIP A. TALBERT                BRIAN M. BOYNTON
United States Attorney            Principal Deputy Assistant Attorney General

TARA AMIN                         ARUN G. RAO
Assistant United States Attorney  Deputy Assistant Attorney General

                                  AMANDA N. LISKAMM
                                  Director, Consumer Protection Branch

                                  RACHAEL L. DOUD
                                  Assistant Director, Consumer Protection Branch

                                  /s/ Francisco L. Unger
                                  FRANCISCO L. UNGER

ANDREW K. CRAWFORD
Trial Attorneys
United States Department of Justice

*Attorneys for Plaintiff United States of America*

# CERTIFICATE OF SERVICE

I certify that on May 16, 2024, a copy of the forgoing Notice of Motion was served on the parties by the following methods:

<u>Email</u>:

Daniel Olmos
Nolan Barton Olmos & Luciano LLP
600 University Avenue
Palo Alto, CA 94301
430 D Street
Davis, CA 95616
dolmos@nbo.law

*Counsel for Defendants Thomas Eide and Cascades Pointe at Clemson, LLC*

Manny Medrano
RIMÔN PC
2029 Century Park East
Los Angeles, CA 90067
manuel.medrano@rimonlaw.com

*Counsel for Defendants Aric Gastwirth, Reseller Consultants, Inc., and Ambragold, Inc.*

Bryan Bass
bassbryan1@gmail.com

Bass Business Consultants
c/o Bryan Bass
bassbryan1@gmail.com

                                        /s/ Francisco L. Unger
                                        Francisco L. Unger
                                        Trial Attorney
                                        United States Department of Justice

                                        *Attorney for Plaintiff United States of America*