PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
RACHAEL L. DOUD
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>    Defendants. | Civil Case No. 2:23-cv-02812-TLN-DB<br><br>[PROPOSED] ORDER TO ADD RECEIVERSHIP ENTITIES AND GRANT THE RECEIVER CONTROL OF THEIR ACCOUNTS |

Upon request from the United States and good cause having been shown that (1) Run It Up, Inc., and Won It All, Inc., have, together with Defendants, engaged in and are likely to engage in acts or practices that violate 18 U.S.C. §§ 1343, 1344 and 1349, and the United States is likely to prevail on the merits of this action; (2) immediate and irreparable harm will result from their ongoing violations of 18 U.S.C. §§ 1343, 1344, and 1349 unless they are restrained and enjoined by order of this Court; (3) immediate and irreparable damage to the Court's ability to grant effective relief will occur from the transfer, destruction, or other dissipation or concealment by Won It All, Inc., and Run It Up, Inc., of their assets or records unless they are restrained and enjoined by order of this Court; (4) good cause exists for freezing their assets; (5) good cause exists for the appointment of a temporary receiver over them, IT IS HEREBY ORDERED that the Receivership is expanded to include Won It All, Inc., and Run It Up, Inc., that any accounts identified by the Receiver as belonging to them are frozen, and the Receiver is granted authority over their accounts.

Dated: _____

_____
The Honorable Troy L. Nunley
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO ADD RECEIVERSHIP ENTITIES