PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
RACHAEL L. DOUD
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>    Defendants. | Civil Case No. 2:23-cv-02812-TLN-DB<br><br>NOTICE OF MOTION FOR A DEFAULT JUDGMENT AND PERMANENT INJUNCTION<br><br>Date:        TBD<br>Time:        TBD<br>Courtroom:   Courtroom 27<br>Judge:       Hon. Deborah Barnes |

    Please take notice that on a date to be selected by the Court, Plaintiff United States of America will, and hereby does, move pursuant to Rule 55(b)(2) of the Federal Rules of Civil

NOTICE OF MOTION                              1

Procedure to enter a Default Judgment in this matter against Defendants Travis Smith, Stephen Christopher, Bryan Bass, CB Surety LLC, Peak Bakery LLC, KP Testing, LLC, Motion Media Marketing Inc., SJC Financial Services Inc., Bass Business Consultants, and Think Processing LLC (the "Defendants in Default").

Entry of a Default Judgment is appropriate because the Defendants in Default have failed to appear or otherwise respond to the government's Complaint within the time prescribed by Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Motion will be based on this Notice of Motion and Motion, the Brief in Support, the Affidavit of Attorney Andrew K. Crawford, all pleadings, records, and other documents on file with the Court in this action, and on any other evidence as may be presented at the hearing of this matter.

Dated: July 25, 2024                              Respectfully submitted,

PHILLIP A. TALBERT                                BRIAN M. BOYNTON
United States Attorney                            Principal Deputy Assistant Attorney General

TARA AMIN                                         ARUN G. RAO
Assistant United States Attorney                  Deputy Assistant Attorney General

                                                  AMANDA N. LISKAMM
                                                  Director, Consumer Protection Branch

                                                  RACHAEL L. DOUD
                                                  Assistant Director, Consumer Protection Branch

                                                  ANDREW K. CRAWFORD
                                                  FRANCISCO L. UNGER
                                                  Trial Attorneys
                                                  United States Department of Justice

                                                  *Attorneys for Plaintiff United States of America*