UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CB SURETY LLC et al.,<br><br>Defendants. | No. 2:23-cv-02812-TLN-SCR<br><br>**ORDER** |

This matter is before the Court on Plaintiff United States of America's ("Plaintiff") Motion to Add Receivership Entities. (ECF No. 76.) Defendants Thomas Eide, Travis Smith, CB Surety LLC, Peak Bakery LLC, Cascades Pointe at Clemson LLC, KP Testing LLC, Stephen Christopher, Motion Media Marketing Inc., SJC Financial Services Inc., Aric Gastwirth, Reseller Consultants Inc., Ambragold Inc., Bryan Bass, Think Processing LLC, and Bass Business Consultants (collectively, "Defendants") did not file an opposition. For the reasons set forth below, the Court GRANTS Plaintiff's motion.

///
///
///
///
///

1    A detailed recitation of the factual and procedural history is not necessary for the
2 disposition of Plaintiff's motion.  In short, Plaintiff initiated this action in December 2023 against
3 Defendants, alleging they engaged in a widespread and ongoing wire and bank fraud scheme.
4 (ECF No. 1.)  On January 5, 2023, the Court: (1) granted Plaintiff's request for preliminary
5 injunctive relief and froze Defendants' assets; and (2) appointed Receiver Kenneth Jones
6 ("Receiver") to assess the nature and extent of Defendants' scheme and ensure compliance with
7 the Court's Order.  (ECF Nos. 34, 35.)  Receiver filed his First Interim Status Report on
8 December 29, 2023, wherein he largely substantiated Plaintiff's allegations in its Complaint and
9 moving papers and found that an additional entity — Won it All, Inc. — was likely controlled by
10 one or more of Defendants and used to further the alleged fraudulent scheme.  (ECF No. 28.)  As
11 a result, Receiver requested authorization from the Court to include Won it All, Inc. in his
12 investigation (ECF No. 28-1 at 11), which the Court granted on January 5, 2024 (ECF No. 34 at 5
13 n.5).  Receiver subsequently filed two additional interim status reports, wherein he concluded an
14 additional entity — Run it Up, Inc. — was likely controlled by one or more of Defendants and
15 used to further the alleged fraudulent scheme.  (ECF Nos. 67, 72.)

16    On May 16, 2024, Plaintiff filed the instant motion to add Won it All, Inc. and Run it Up,
17 Inc. as additional entities under Receiver's control and subject to the Court's preliminary
18 injunction.  (ECF No. 76.)  Defendants did not file an opposition.

19    In light of Plaintiff's unopposed motion, and good cause having been shown, the Court
20 finds that: (1) Run It Up, Inc., and Won It All, Inc., have, together with Defendants, engaged in
21 and are likely to engage in acts or practices that violate 18 U.S.C. §§ 1343, 1344 and 1349, and
22 Plaintiff is likely to prevail on the merits of its action; (2) immediate and irreparable harm will
23 result from their ongoing violations of 18 U.S.C. §§ 1343, 1344, and 1349 unless Run It Up, Inc.,
24 and Won It All, Inc. are restrained and enjoined by order of this Court; (3) immediate and
25 irreparable damage to the Court's ability to grant effective relief will occur from the transfer,
26 destruction, or other dissipation or concealment by Won It All, Inc., and Run It Up, Inc., of their
27 assets or records unless they are restrained and enjoined by order of this Court; (4) good cause
28 exists for freezing their assets; and (5) good cause exists for the appointment of a temporary

1  receiver over Run It Up, Inc., and Won It All, Inc.

2  Accordingly, the Court GRANTS Plaintiff's Motion to Add Receivership Entities. (ECF No. 76.) The Receivership, as set forth in the Court's January 5, 2024, Order (ECF No. 35), is hereby EXPANDED to include Won It All, Inc. and Run It Up, Inc. Any accounts identified by Receiver as belonging to Won It All, Inc. or Run It Up, Inc. are FROZEN, and the Court GRANTS Receiver authority over their accounts. If Plaintiff wishes to add Won It All, Inc. or Run It Up, Inc. as additional Defendants, Plaintiff should amend its Complaint in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Date:  August 5, 2024

_____
Troy L. Nunley
United States District Judge