1  OLIVER M. KIEFER (SBN 332830)
   *oliver.kiefer@us.dlapiper.com*
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, California 92121-2133
   Telephone:  858.677.1400
4  Facsimile:   858.677.1401

5  Attorneys for Receiver
   Kenneth R. Jones

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CB SURETY LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02812-TLN-DB<br><br>(Assigned to Hon. Troy L. Nunley)<br><br>**NOTICE OF LIS PENDENS**<br><br>Action Filed:  December 1, 2023<br>Trial Date:     Not scheduled |
|---|---|

YOU ARE HEREBY NOTIFIED that on or about December 1, 2023, suit was instituted by UNITED STATES OF AMERICA, Plaintiff, against THOMAS EIDE, TRAVIS SMITH, CB SURETY LLC, PEAK BAKERY LLC, CASCADES POINT AT CLEMSON LLC, KP TESTING LLC, STEPHEN CHRISTOPHER, MOTION MEDIA MARKETING INC., SJC FINANCIAL SERVICES INC., ARIC GASTWIRTH, RESELLER CONSULTANTS INC., AMBRAGOLD INC., BRYAN BASS, THINK PROCESSING LLC and BASS BUSINESS CONSULTANTS (collectively, "Defendants").  The suit, as of August 7, 2024, involves a request for a permanent injunction and other equitable relief regarding certain assets of the above-named Defendants, including the following described property located in the County of El Dorado, State of California, commonly described as 2261 Cold Creek Trail, South Lake Tahoe, California 96150 (the

"Property"). The Property is a residential property with a legal description as follows:

> The land referred to is situated in the unincorporated area of the County of El Dorado, State of California, and is described as follows:
> Lot 115, as shown on the map entitled "Montgomery Estates, at Lake Christopher, Unit No. 1," filed May 8, 1961, in Book "C" of Maps, at Page 69, in the office of the County Recorder of said County.
>
> Assessor Parcel No. 025-622-008-000

Dated: August 7, 2024  **DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
    Oliver M. Kiefer
    Attorneys for Receiver