OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:   858.677.1400
Facsimile:    858.677.1401

Attorneys for Receiver
Kenneth R. Jones

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>CB SURETY LLC, et al.,<br><br>           Defendants. | Case No. 2:23-cv-02812-TLN-DB<br><br>(Assigned to Hon. Troy L. Nunley)<br><br>**NOTICE OF LIS PENDENS**<br><br>Action Filed:   December 1, 2023<br>Trial Date:      Not scheduled |

YOU ARE HEREBY NOTIFIED that on or about December 1, 2023, suit was instituted by UNITED STATES OF AMERICA, Plaintiff, against THOMAS EIDE, TRAVIS SMITH, CB SURETY LLC, PEAK BAKERY LLC, CASCADES POINT AT CLEMSON LLC, KP TESTING LLC, STEPHEN CHRISTOPHER, MOTION MEDIA MARKETING INC., SJC FINANCIAL SERVICES INC., ARIC GASTWIRTH, RESELLER CONSULTANTS INC., AMBRAGOLD INC., BRYAN BASS, THINK PROCESSING LLC and BASS BUSINESS CONSULTANTS (collectively, "Defendants").  The suit, as of August 7, 2024, involves a request for a permanent injunction and other equitable relief regarding certain assets of the above-named Defendants, including the following described property located in the County of El Dorado, State of California, and is commonly described as 1 Carlton Lane, Placerville, California 95667 (the "Property").  The

Property is unimproved property with a legal description as follows:

> THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN COUNTY OF EL DORADO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:
>
> PARCEL ONE:
>
> Tract 2 as shown on that certain Map filed in the office of the County Recorder, County of El Dorado, State of California, on March 13, 1997, in Book 22 of Records of Survey, at Page 86.
>
> PARCEL TWO:
>
> A non-exclusive 60.00 foot wide easement for road and public utility purposes over and across a portion of Parcel 1 as shown in Book 45 of Parcel Maps at Page 139, Recorder's Office of El Dorado County, California, the center line of said 60.00 foot wide is described as follows:
>
> Beginning at the Southwesterly corner of said Parcel 1; thence on the Southerly line of said Parcel North 72° 53' 25" East, 445.85 feet to the TRUE POINT OF BEGINNING being a non-tangent whose radius point bears North 72° 55' 45" East, 200.00 feet; thence Northerly on the arc of said curve 167.16 feet through a central angle of 47° 53' 20"; thence North 30° 49' 05" East, 110.46 feet to a curve whose radius point bears North 59° 10' 55" West, 350.00 feet; thence Northerly on the arc of said curve 90.49 feet through a central angle of 14° 48' 49"; thence North 15° 00' 16" East, 397.33 feet to a curve whose radius point bears North 73° 59' 44" West, 350.00 feet; thence Northerly on the arc of said curve 65.68 feet through a central angle of 10° 45' 08"; thence North 5° 15' 08" East, 262.53 feet to the northerly line of said Parcel 1.
>
> The side lines of the described easement arc to be extended or shortened to meet at angle points and to terminate at the Southerly and Northerly lines of said Parcel.
>
> PARCEL THREE:
>
> A non-exclusive easement for road and public utility purposes 60 feet in width, lying Westerly of and continuous to the East boundary of

PARCEL 1, as said Parcel is shown on that certain Parcel Map entitled "A Portion of the West ½ of Section 31, T.11 N., R. 10 E., M.D.M.", filed August 9, 1996 in the Office of the County Recorder of El Dorado County in Book 45 of Parcel Maps, at Page 139, and designated thereon as Scottsdale Road.

Assessor Parcel No. 089-110-062-000

Dated:  August 7, 2024                    **DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
    Oliver M. Kiefer
    Attorneys for Receiver