OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619.699.2700
Fax: 619.699.2701

*Attorney for Receiver,*
*Kenneth R. Jones*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CB SURETY, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-2812-TLN-DB<br><br>**NOTICE OF RECEIVER'S FIFTH INTERIM STATUS REPORT**<br><br>JUDGE: Hon. Troy L. Nunley<br>CTRM:　2 |

TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kenneth R. Jones, the Court-appointed Receiver ("Receiver") in this case, hereby submits his Fifth Interim Status Report setting forth the Receiver's activities, observations, and findings since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief on January 5, 2024. *See* ECF No. 35. The Fifth Interim Status Report is attached hereto as **Exhibit 1**.

Dated: September 3, 2024                                         **DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
       Oliver M. Kiefer

*Attorney for Receiver,*
*Kenneth Jones*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

>  */s/ Oliver M. Kiefer*
>  Oliver M. Kiefer
>
>  *Attorney for Receiver,*
>  *Kenneth Jones*