PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
RACHAEL L. DOUD
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil Case No. 2:23-cv-02812-TLN-SCR |
|---|---|
| Plaintiff, | NOTICE OF MOTION FOR A DEFAULT JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| CB SURETY, LLC, et al., | Date: November 7, 2024<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 27<br>Judge: Hon. Sean C. Riordan |
| Defendants. | |

PLEASE TAKE NOTICE that on November 7, 2024, at 10:00 a.m., or as soon thereafter as may be heard, Plaintiff United States of America will, and hereby does, move pursuant to

NOTICE OF MOTION                                1

1  Rule 55(b)(2) of the Federal Rules of Civil Procedure to enter a Default Judgment in this matter
2  against Defendants Travis Smith, Stephen Christopher, Bryan Bass, CB Surety LLC, Peak
3  Bakery LLC, KP Testing, LLC, Motion Media Marketing Inc., SJC Financial Services Inc., Bass
4  Business Consultants, and Think Processing LLC (the "Defendants in Default").

5      Entry of a Default Judgment is appropriate because the Defendants in Default have failed
6  to appear or otherwise respond to the government's Complaint within the time prescribed by
7  Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Motion will be based on this
8  Notice of Motion, the Motion (ECF No. 80), the Brief in Support (ECF No. 80-2), the Affidavit
9  of Attorney Andrew K. Crawford (ECF No. 80-3), all pleadings, records, and other documents
10 on file with the Court in this action, and on any other evidence as may be presented at the
11 hearing of this matter.

Dated: September 17, 2024           Respectfully submitted,

PHILLIP A. TALBERT                BRIAN M. BOYNTON
United States Attorney                Principal Deputy Assistant Attorney General

TARA AMIN                             ARUN G. RAO
Assistant United States Attorney       Deputy Assistant Attorney General

                                           AMANDA N. LISKAMM
                                           Director, Consumer Protection Branch

                                           RACHAEL L. DOUD
                                           Assistant Director, Consumer Protection Branch

                                           /s/ Andrew K. Crawford
                                           ANDREW K. CRAWFORD
                                           FRANCISCO L. UNGER
                                           Trial Attorneys
                                           United States Department of Justice

                                           *Attorneys for Plaintiff United States of America*

# CERTIFICATE OF SERVICE

I certify that on September 17, 2024, a copy of foregoing Notice of Motion for a Default Judgement and Permanent Injunction was served on the parties by the following methods:

<u>First class mail</u>:

Travis Smith
2608 Lakeside Drive
Providence Village, TX 76227

Stephen Christopher
220 W. Hawthorn St.
San Diego, CA 92101

CB Surety LLC
c/o Registered Agents Inc.
4030 Wake Forest Rd Ste 349
Raleigh, NC 27609

Peak Bakery LLC
c/o Registered Agents Inc.
4030 Wake Forest Road Ste 349
Raleigh, NC 27609

KP Testing, LLC
c/o Registered Agents Inc.
4445 Corporation Lane
Virginia Beach, VA 23462

Motion Media Marketing Inc.
c/o Stephen Christopher
14144 Mazatlan Ct
Poway, CA 92064

SJC Financial Services Inc.
c/o Stephen Christopher
13940 Umbria Way
Poway, CA 92064

Think Processing LLC
c/o Cloud Peak Law, LLC
1095 Sugar View Dr, Ste 500
Sheridan, WY 82801

<u>CM/ECF</u>:

Daniel Olmos
Nolan Barton Olmos & Luciano LLP
600 University Avenue
Palo Alto, CA 94301
430 D Street
Davis, CA 95616

*Counsel for Defendants Thomas Eide and Cascades Pointe at Clemson, LLC*

Manny Medrano
RIMÔN PC
2029 Century Park East
Los Angeles, CA 90067

NOTICE OF MOTION                                                        1

Matthew Jacobs
The Jacobs Law Firm, PC
5743 Corsa Ave., Ste. 208
Westlake Village, CA 91362

*Counsel for Defendants Aric Gastwirth, Reseller Consultants, Inc., and Ambragold, Inc.*

Email:

Bryan Bass
bassbryan1@gmail.com

Bass Business Consultants
c/o Bryan Bass
bassbryan1@gmail.com

                                               */s/ Andrew K. Crawford*
Andrew K. Crawford
Trial Attorney
United States Department of Justice

*Attorney for Plaintiff United States of America*