OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619.699.2700
Fax: 619.699.2701

*Attorney for Receiver,*
*Kenneth R. Jones*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-2812-TLN-DB |
| Plaintiff, | **NOTICE OF RECEIVER'S SIXTH INTERIM STATUS REPORT** |
| v. | |
| CB SURETY, LLC, et al., | JUDGE: Hon. Troy L. Nunley |
| | CTRM:   2 |
| Defendants. | |

TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kenneth R. Jones, the Court-appointed Receiver ("Receiver") in this case, hereby submits his Sixth Interim Status Report setting forth the Receiver's activities, observations, and findings since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief on January 5, 2024. *See* ECF No. 35. The Sixth Interim Status Report is attached hereto as **Exhibit 1**.

Dated: November 4, 2024

**DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
Oliver M. Kiefer

*Attorney for Receiver,*
*Kenneth Jones*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Oliver M. Kiefer
Oliver M. Kiefer

*Attorney for Receiver,*
*Kenneth Jones*