Matthew Jacobs (SBN: 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 601-7504
Email: matt@jacobslawfirm.com

*Attorney for Defendants Aric Gastwirth,
Reseller Consultants, Inc., and Ambragold, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>Defendants, | Case No. 2:23-cv-02812-TLN-SCR<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION OF DEFENDANTS ARIC GASTWIRTH, RESELLER CONSULTANTS, INC., AND AMBRAGOLD, INC. FOR A TEMPORARY, FOUR-MONTH STAY**<br><br>[*Memorandum of Points and Authorities, Declaration of Matthew Jacobs, and [Proposed] Order filed concurrently herewith*]<br><br>Hon. Troy L. Nunley<br><br>Date:       December 19, 2024<br>Time:       2:00 p.m.<br>Courtroom: 2 |

**TO PLAINTIFF AND ITS ATTORNEY OF RECORD:**

NOTICE IS HEREBY GIVEN that on December 19, 2024, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the above-titled Court, Defendants Aric Gastwirth, Reseller Consultants, Inc., and Ambragold, Inc. (together, the "Gastwirth Defendants")

1

move for a temporary, four-month stay of this action as to the Gastwirth Defendants only. Plaintiff United States of America does not oppose this request.

This unopposed motion is based on this Notice of Unopposed Motion and Unopposed Motion, the concurrently filed memorandum of points and authorities and declaration of Matthew Jacobs in support thereof, the pleadings and papers on file herein, and such oral and documentary evidence as may be presented at or before the time of hearing.

Dated: November 4, 2024                    Respectfully submitted,

                                                          THE JACOBS LAW FIRM, PC

                                                          By: _____
                                                              Matthew Jacobs
                                                              5743 Corsa Avenue, Suite 208
                                                              Westlake Village, CA 91362
                                                              Tel: (805) 601-7504
                                                              Email: matt@jacobslawfirm.com

                                                              *Attorney for Defendants Aric Gastwirth,*
                                                              *Reseller Consultants, Inc., and*
                                                              *Ambragold, Inc.*