Matthew Jacobs (SBN: 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 601-7504
Email: matt@jacobslawfirm.com

*Attorney for Defendants Aric Gastwirth,*
*Reseller Consultants, Inc., and Ambragold, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>     v.<br><br>CB SURETY, LLC, et al.,<br><br>                    Defendants, | Case No. 2:23-cv-02812-TLN-SCR<br><br>**DECLARATION OF MATTHEW JACOBS IN SUPPORT OF THE UNOPPOSED MOTION OF DEFENDANTS ARIC GASTWIRTH, RESELLER CONSULTANTS, INC., AND AMBRAGOLD, INC. FOR A TEMPORARY FOUR-MONTH STAY**<br><br>Hon. Troy L. Nunley<br><br>Date:         December 19, 2024<br>Time:         2:00 p.m.<br>Courtroom: 2 |

1

DECLARATION OF MATTHEW JACOBS

I, Matthew Jacobs, declare as follows:

1. I have personal knowledge of the matters stated in this declaration and, if called to do so, could and would competently testify thereto.

2. I am the founder of The Jacobs Law Firm, PC, and I represent defendants Aric Gastwirth ("Gastwirth"), Reseller Consultants, Inc., and Ambragold, Inc. (together, the "Gastwirth Defendants") in the above-captioned matter.

3. I make this declaration in support of the Gastwirth Defendants' Unopposed Motion for a Temporary, Four-Month Stay of this action (the "Unopposed Motion").

4. In December 2023, the United States filed a complaint against the Gastwirth Defendants, the Defendants in Default (*i.e.*, defendants Travis Smith, Stephen Christopher, Bryan Bass, CB Surety LLC, Peak Bakery LLC, KP Testing, LLC, Motion Media Marketing Inc., SJC Financial Services Inc., Bass Business Consultants, and Think Processing LLC), and the Eide Defendants (*i.e.,* defendants Thomas Eide and Cascade Pointe at Clemson, LLC) "to enjoin the [alleged] ongoing commission of criminal wire fraud and bank fraud and conspiracy to commit those offenses in violation of 18 U.S.C. §§ 1343, 1344, and 1349."  ECF 1 ¶ 1.

5. The Gastwirth Defendants were represented by Manny Medrano ("Prior Counsel") until September 23, 2024, when the Court entered an Order Substituting Counsel for Gastwirth Defendants. ECF 89.

6. I was retained by the Gastwirth Defendants in or about August 2024. After being retained, I diligently met and conferred on several occasions with counsel for the United States. Counsel for the United States do not oppose the Gastwirth Defendants' request for a temporary, four-month stay of this action as to Gastwirth Defendants only.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 4, 2024, in Westlake Village, California

_____
Matthew Jacobs

2
DECLARATION OF MATTHEW JACOBS