Matthew Jacobs (SBN: 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 601-7504
Email: matt@jacobslawfirm.com

*Attorney for Defendants Aric Gastwirth,
Reseller Consultants, Inc., and Ambragold, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>Defendants, | Case No. 2:23-cv-02812-TLN-SCR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS ARIC GASTWIRTH, RESELLER CONSULTANTS, INC., AND AMBRAGOLD, INC. FOR A TEMPORARY, FOUR-MONTH STAY**<br><br>Hon. Troy L. Nunley<br><br>Date:     December 19, 2024<br>Time:     2:00 p.m.<br>Courtroom: 2 |

After considering the Unopposed Motion of Defendants Aric Gastwirth ("Gastwirth"), Reseller Consultants, Inc., and Ambragold, Inc. (together, the "Gastwirth Defendants") for a Temporary, Four-Month Stay (the "Unopposed Motion"), the concurrently filed memorandum of points and authorities and the declaration of Matthew Jacobs in support thereof, IT IS HEREBY ORDERED THAT the Unopposed Motion is GRANTED.

The Court ORDERS the above-captioned action temporarily stayed as to the Gastwirth Defendants for a period of four-month from the date of this Order, until and including _____.

1    The Court further ORDERS the Gastwirth Defendants and Plaintiff United States of America ("Plaintiff") to meet and confer concerning amendment of deadlines or dates necessitated by this stay, including deadlines and dates set forth in the March 11, 2024, Joint Status Report. *See* ECF 68.

    The Court further ORDERS that, notwithstanding entry of this stay, Plaintiff and the Gastwirth Defendants may, during the pendency of the stay, move the Court for the limited purpose of amending any deadlines or dates set forth in the March 11, 2024, Joint Status Report.

    IT IS SO ORDERED.

Dated: _____  _____, 2024     _____
                                           Hon. Troy L. Nunley
                                           United States Chief District Judge