PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
C.B. BUENTE
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 2:23-cv-02812-TLN-SCR |
| Plaintiff, | ORDER TO MODIFY JOINT STATUS REPORT |
| v. | |
| CB SURETY, LLC, et al., | |
| Defendants. | |

ORDER TO MODIFY JOINT STATUS REPORT

After Considering the United States, Thomas Eide, and Cascade Pointe at Clemson's Stipulated Request to Modify the Joint Status Report, and good cause having been shown, IT IS HEREBY ORDERED THAT the Request is GRANTED.

The Court ORDERS that all dates set forth in the Court's March 11, 2024, Joint Status Report are hereby vacated and that the United States shall meet and confer with Defendants Thomas Eide, Cascade Pointe at Clemson, LLC, Aric Gastwirth, Reseller Consultants, Inc., and Ambragold, Inc. to propose new dates, which proposal shall be submitted to the Court no later than January 10, 2025.

DATED: December 16, 2024

_____
Troy L. Nunley
Chief United States District Judge

ORDER TO MODIFY JOINT STATUS REPORT