OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619.699.2700
Fax: 619.699.2701

*Attorney for Receiver,*
*Kenneth R. Jones*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-2812-TLN-DB<br><br>**NOTICE OF RECEIVER'S SEVENTH INTERIM STATUS REPORT**<br><br>JUDGE: Hon. Troy L. Nunley<br>CTRM:   2 |

TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kenneth R. Jones, the Court-appointed Receiver ("Receiver") in this case, hereby submits his Seventh Interim Status Report setting forth the Receiver's activities, observations, and findings since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief on January 5, 2024. *See* ECF No. 35. The Seventh Interim Status Report is attached hereto as **Exhibit 1**.

Dated: January 3, 2025                                **DLA PIPER LLP (US)**

                                                     By: */s/ Oliver M. Kiefer*
                                                         Oliver M. Kiefer

                                                     *Attorney for Receiver,*
                                                     *Kenneth Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

>           /s/ Oliver M. Kiefer
>                    Oliver M. Kiefer
>
>           *Attorney for Receiver,*
>           *Kenneth Jones*