PHILLIP A. TALBERT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

AMANDA N. LISKAMM
Director
C.B. BUENTE
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Civil Case No. 2:23-cv-02812-TLN-SCR |
| Plaintiff, | SECOND JOINT STATUS REPORT |
| v. | |
| CB SURETY, LLC, et al., | |
| Defendants. | |

Plaintiff United States of America, and Defendants Thomas Eide, Cascades Pointe at Clemson LLC, Aric Gastwirth, Reseller Consultants, Inc., and Ambragold, Inc., through counsel, submit this Second Joint Status Report.[1]

## I. FUTURE PROCEEDINGS, DISCOVERY, LAW AND MOTION, AND TRIAL

Pursuant to the Court's Order on December 16, 2024, (ECF No. 95) vacating all dates set forth in the March 11, 2024, Joint Status Report, (ECF No. 68), the parties have met and conferred and propose the following schedule for future proceedings, discovery, law and motion, pretrial and trial in this case.

| Event | Deadline |
|---|---|
| Completion of Fact Discovery | August 5, 2025 |
| Expert Disclosures and Reports | October 7, 2025 |
| Rebuttal Expert Disclosures and Reports | November 18, 2025 |
| Completion of Expert Discovery | December 16, 2025 |
| Deadline for Filing Dispositive Motions | March 10, 2026 |
| Joint Notice of Trial Readiness | No later than 30 days after receiving this Court's ruling on last dispositive motion, or if no dispositive motions, by January 16, 2025. |

Pursuant to the Court's Initial Pretrial Scheduling Order (ECF No. 13), the Court will issue an order setting dates for the pretrial conference and trial dates after reviewing the parties' Joint Notice of Trial Readiness.

---

[1] The clerk of the court has entered a default against the remaining defendants, namely CB Surety LLC, Stephen Christopher, KP Testing, LLC, Motion Media Marketing, Inc., Peak Bakery LLC, SJC Financial Services, Inc., Travis Smith, Bryan Bass, Bass Business Consultants, and Think Processing LLC (collectively, the "Defaulting Defendants"). (ECF Nos. 65 and 77.) The United States' motion for default judgment is pending before this Court. (ECF No. 90). As a result, the Defaulting Defendants are not parties to this Second Joint Status Report.

II. **APPROPRIATENESS OF SPECIAL PROCEDURES**

The Parties do not anticipate any special procedures in this action at this time.

III. **ESTIMATE OF TRIAL TIME**

The Parties estimate that 14 days will be needed for trial.

IV. **MODIFICATION OF STANDARD PRETRIAL PROCEDURES**

The Parties do not anticipate the need to modify standard pretrial procedures in this action. Should any circumstances arise, the Parties will meet and confer and attempt to stipulate before requesting the Court's involvement.

V. **NO RELATED CASES**

There are no related filed actions.

VI. **SETTLEMENT**

Throughout this litigation, the Parties will consider whether the Court's involvement in a settlement conference would be useful. If so, a status report or joint stipulation will be filed. The Parties may also agree to the use of a private mediator.

VII. **OTHER MATTERS THAT MAY ADD TO A JUST AND EXPEDITIOUS DISPOSITION**

In accordance with 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73(a), and Local Rule 305, the Parties will consider consenting to magistrate jurisdiction in this action. No other issues are currently known or anticipated. The Parties agree to meet and confer, and specify these efforts, before the filing of any motion.

| | |
|---|---|
| Dated: January 10, 2025 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| PHILLIP A. TALBERT<br>United States Attorney | BURDEN H. WALKER<br>Deputy Assistant Attorney General |
| TARA AMIN<br>Assistant United States Attorney | AMANDA N. LISKAMM<br>Director, Consumer Protection Branch |
| | C.B. BUENTE<br>Assistant Director, Consumer Protection Branch |
| | /s/<br>ANDREW K. CRAWFORD<br>FRANCISCO L. UNGER<br>Trial Attorneys<br>United States Department of Justice |
| | *Attorneys for Plaintiff United States of America* |
| Dated: January 10, 2025 | /s/<br>MATTHEW JACOBS<br><br>*Counsel for Defendants Aric Gastwirth,<br>Reseller Consultants, Inc., and Ambragold, Inc.* |
| Dated: January 10, 2025 | /s/<br>DANIEL OLMOS<br>CHRISTOPHER WHELESS<br><br>*Counsel for Defendants Thomas Eide and<br>Cascades Pointe at Clemson, LLC* |

SECOND JOINT STATUS REPORT            4