1  OLIVER M. KIEFER (SBN 332830)
   oliver.kiefer@us.dlapiper.com
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, CA 92121
   Tel: 619.699.2700
4  Fax: 619.699.2701
5
   *Attorney for Receiver,*
6  *Kenneth R. Jones*

7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | Case No. 2:23-cv-2812-TLN-DB
11 |         Plaintiff, | **NOTICE OF RECEIVER'S EIGHTH INTERIM STATUS REPORT**
12 |    v. |
13 | CB SURETY, LLC, et al., | JUDGE: Hon. Troy L. Nunley
                                CTRM:   2
14 |         Defendants. |

TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kenneth R. Jones, the Court-appointed Receiver ("Receiver") in this case, hereby submits his Eighth Interim Status Report setting forth the Receiver's activities, observations, and findings since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief on January 5, 2024. *See* ECF No. 35. The Eighth Interim Status Report is attached hereto as **Exhibit 1**.

Dated: March 4, 2025 　　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　By: */s/ Oliver M. Kiefer*
　　　　　　　　　　　　　　　　　　　　　　Oliver M. Kiefer

　　　　　　　　　　　　　　　　　　　　*Attorney for Receiver,*
　　　　　　　　　　　　　　　　　　　　*Kenneth Jones*

2
NOTICE OF RECEIVER'S EIGHTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-DB

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ *Oliver M. Kiefer*
Oliver M. Kiefer

*Attorney for Receiver,*
*Kenneth Jones*