MICHELE BECKWITH
United States Attorney
TARA AMIN
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

YAAKOV ROTH
Acting Assistant Attorney General
MICHAEL GRANSTON
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director
LISA K. HSIAO
Deputy Director, Civil Litigation
C.B. BUENTE
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>    Defendants. | Civil Case No. 2:23-cv-02812-TLN-SCR<br><br>JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT AS TO DEFENDANTS THOMAS EIDE AND CASCADES POINTE AT CLEMSON, LLC |

1       On December 1, 2023, the United States of America filed its Complaint for a Temporary Restraining Order, Preliminary and Permanent Injunctions, and Other Equitable Relief (the "Complaint") (ECF No. 1) against Defendants Thomas Eide and Cascades Pointe at Clemson, LLC ("Cascades Pointe"), and other named Defendants, pursuant to 18 U.S.C. § 1345, based on Defendants' alleged violations of 18 U.S.C. §§ 1343, 1344, and 1349. On December 6, 2023, the Court issued its Order granting the United States' *Ex Parte* Motion for a Temporary Restraining Order ("TRO") (ECF No. 7). On January 5, 2024, the Court issued its Order granting the United States' request for a preliminary injunction (ECF No. 35).

      The United States and Defendants Thomas Eide and Cascades Pointe now stipulate and agree to the entry of the Proposed Stipulated Order for Permanent Injunction and Final Judgment ("Proposed Order"), lodged concurrently with this Motion. The terms of the permanent injunction are set out in the Proposed Order. Thomas Eide and Cascades Pointe stipulate to this Motion and Proposed Order freely and without coercion. Thomas Eide and Cascades Pointe further acknowledge that they have read the provisions of this Motion and the Proposed Order, understand them, and are prepared to abide by them.

      The United States and Thomas Eide and Cascades Pointe agree that the Proposed Order is fair, reasonable, lawful, and not contrary to public policy. The Proposed Order is the result of negotiations between the United States and Thomas Eide and Cascades Pointe, which are represented by counsel, and avoids further litigation costs between the United States and Thomas Eide and Cascades Pointe.

      The United States and Thomas Eide and Cascades Pointe acknowledge and understand that this Motion and the Proposed Order relate to and are intended to resolve only the claims against Thomas Eide and Cascades Pointe in the above-captioned civil lawsuit. This Motion and the Proposed Order do not resolve the United States' claims against any other entity or individual named in the Complaint. It does not limit the Receiver's authority to act on behalf of any other Receivership Entity. This Motion and Proposed Order also do not constitute a global resolution of all potential claims against Thomas Eide and Cascades Pointe for the conduct alleged in the

Complaint. It does not prevent the United States from pursuing criminal penalties against Thomas Eide and Cascades Pointe in relation to the conduct alleged in the Complaint. It does not prevent the United States from bringing an asset forfeiture action seeking to recover funds obtained through the conduct alleged in the Complaint, including funds held by Thomas Eide and Cascades Pointe. Nor does this Motion and the Proposed Order constitute evidence that Thomas Eide and Cascades Pointe committed the acts alleged in the Complaint, or in any way prejudice Thomas Eide's and Cascades Pointe's ability to contest the allegations in the Complaint in a future proceeding. This Motion and the Proposed Order relate solely to the claims against Thomas Eide and Cascades Pointe in the above-captioned lawsuit.

      The undersigned parties and counsel each represent that they are fully authorized to enter into the terms and conditions of the Proposed Order and to execute and legally bind to this document the party that they represent.

SO STIPULATED AND AGREED:

FOR PLAINTIFF UNITED STATES OF AMERICA

MICHELE BECKWITH
United States Attorney
TARA AMIN
Assistant United States Attorney

YAAKOV ROTH
Acting Assistant Attorney General
MICHAEL GRANSTON
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director, Consumer Protection Branch
LISA K. HSIAO
Deputy Director, Civil Litigation
Consumer Protection Branch

C.B. BUENTE
Assistant Director, Consumer Protection Branch

/s/                                         Date: 4/11/2025
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
United States Department of Justice

*Attorneys for Plaintiff United States of America*

FOR THOMAS EIDE AND CASCADES POINTE AT CLEMSON, LLC

/s/                                         Date: 4/11/2025
DANIEL OLMOS

*Attorney for Thomas Eide and Cascades Pointe at Clemson, LLC*