1  OLIVER M. KIEFER (SBN 332830)
   *oliver.kiefer@us.dlapiper.com*
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, CA 92121
   Tel: 619.699.2700
4  Fax: 619.699.2701
5
   *Attorney for Receiver,*
6  *Kenneth R. Jones*
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | Case No. 2:23-cv-2812-TLN-DB |
11 | Plaintiff, | **NOTICE OF RECEIVER'S NINTH INTERIM STATUS REPORT** |
12 | v. | JUDGE: Hon. Troy L. Nunley |
13 | CB SURETY, LLC, et al., | CTRM:   2 |
14 | Defendants. | |

TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kenneth R. Jones, the Court-appointed Receiver ("Receiver") in this case, hereby submits his Ninth Interim Status Report setting forth the Receiver's activities, observations, and findings since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief on January 5, 2024. *See* ECF No. 35. The Ninth Interim Status Report is attached hereto as **Exhibit 1**.

Dated: May 5, 2025                                              **DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
         Oliver M. Kiefer

*Attorney for Receiver,
Kenneth Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Oliver M. Kiefer
Oliver M. Kiefer

*Attorney for Receiver,*
*Kenneth Jones*