MICHELE BECKWITH
United States Attorney
TARA AMIN
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

YAAKOV ROTH
Acting Assistant Attorney General
SARMAD KHOJASTEH
Acting Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
C.B. BUENTE
Assistant Director
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20530
Telephone: (202) 451-7301
Email: andrew.k.crawford@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>    Defendants. | Civil Case No. 2:23-cv-02812-TLN-SCR<br><br>JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION AND FINAL JUDGMENT AS TO DEFENDANT ARIC GASTWIRTH, DEFENDANT RESELLER CONSULTANTS, INC., DEFENDANT AMBRAGOLD, INC., WON IT ALL, INC., AND RUN IT UP, INC. |

On December 1, 2023, the United States of America filed its Complaint for a Temporary Restraining Order, Preliminary and Permanent Injunctions, and Other Equitable Relief (the "Complaint") (ECF No. 1) against Defendant Aric Gastwirth, Defendant Reseller Consultants, Inc. ("Reseller Consultants"), and Defendant Ambragold, Inc. ("Ambragold"), and other named Defendants, pursuant to 18 U.S.C. § 1345, based on Defendants' alleged violations of 18 U.S.C. §§ 1343, 1344, and 1349. On December 6, 2023, the Court issued its Order granting the United States' *Ex Parte* Motion for a Temporary Restraining Order ("TRO") (ECF No. 7). On January 5, 2024, the Court issued its Order granting the United States' request for a preliminary injunction (ECF No. 35). On August 5, 2024, the Court issued its Order granting the United States' request to expand the receivership to include the entities Won It All, Inc. ("Won It All") and Run It Up, Inc. ("Run It Up") (ECF No. 82), entities controlled and operated by Defendant Aric Gastwirth.

The United States and Aric Gastwirth, Reseller Consultants, Ambragold, Won It All, and Run It Up (collectively, the "Gastwirth Entities") now stipulate and agree to the entry of the Proposed Stipulated Order for Permanent Injunction and Final Judgment ("Proposed Order"), lodged concurrently with this Motion. The terms of the permanent injunction are set out in the Proposed Order. Aric Gastwirth and the Gastwirth Entities stipulate to this Motion and Proposed Order freely and without coercion. Aric Gastwirth and the Gastwirth Entities further acknowledge that they have read the provisions of this Motion and the Proposed Order, understand them, and are prepared to abide by them.

The United States and Aric Gastwirth and the Gastwirth Entities agree that the Proposed Order is lawful and not contrary to public policy. The Proposed Order is the result of fair and reasonable negotiations between the United States and Aric Gastwirth and the Gastwirth Entities, which are represented by counsel, and avoids further litigation costs between the United States and Aric Gastwirth and the Gastwirth Entities.

The United States and Aric Gastwirth and the Gastwirth Entities acknowledge and understand that this Motion and the Proposed Order relate to and are intended to resolve only the

claims against Aric Gastwirth and the Gastwirth Entities in the above-captioned civil lawsuit. This Motion and the Proposed Order do not resolve the United States' claims against any other entity or individual named in the Complaint. It does not limit the Receiver's authority to act on behalf of any other Receivership Entity. This Motion and Proposed Order also do not constitute a global resolution of all potential claims that could be asserted in a future action by the United States against Aric Gastwirth and the Gastwirth Entities for the conduct alleged in the Complaint. Specifically, the Proposed Order does not prevent the United States from pursuing criminal penalties against Aric Gastwirth and the Gastwirth Entities in relation to the conduct alleged in the Complaint. Nor does it prevent the United States from bringing an asset forfeiture action seeking to recover funds obtained through the conduct alleged in the Complaint, including funds held by Aric Gastwirth or the Gastwirth Entities.

      This Motion and the Proposed Order do not constitute evidence that Aric Gastwirth and the Gastwirth Entities committed the acts alleged in the Complaint, or in any way prejudice Aric Gastwirth's and the Gastwirth Entities' ability to contest the allegations in the Complaint in any future proceeding. This Motion and the Proposed Order relate solely to and constitute the final judgment solely with respect to the claims against Aric Gastwirth and the Gastwirth Entities in the above-captioned lawsuit.

      The undersigned parties and counsel each represent that they are fully authorized to enter into the terms and conditions of the Proposed Order and to execute and legally bind to this document the party that they represent.

SO STIPULATED AND AGREED:

FOR PLAINTIFF UNITED STATES OF AMERICA

MICHELE BECKWITH
United States Attorney
TARA AMIN
Assistant United States Attorney

YAAKOV ROTH
Acting Assistant Attorney General
SARMAD KHOJASTEH
Acting Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Consumer Protection Branch

C.B. BUENTE
Assistant Director, Consumer Protection Branch

_/s/ A. Crawford_____   Date: May 28, 2025
ANDREW K. CRAWFORD
FRANCISCO L. UNGER
Trial Attorneys
United States Department of Justice

*Attorneys for Plaintiff United States of America*


FOR ARIC GASTWIRTH, RESELLER CONSULTANTS, INC., AMBRAGOLD, INC., WON IT ALL, INC., AND RUN IT UP, INC.


_/s/ Matthew Jacobs_____   Date: May 27, 2025
MATTHEW JACOBS

*Attorney for Aric Gastwirth, Reseller Consultants, Inc., Ambragold, Inc., Won It All, Inc., and Run It Up, Inc.*