1  OLIVER M. KIEFER (SBN 332830)
   oliver.kiefer@us.dlapiper.com
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, California 92121-2133
   Telephone:  858.677.1400
4  Facsimile:  858.677.1401

5  Attorneys for Receiver
   Kenneth R. Jones

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | (Assigned to Hon. Troy L. Nunley) |
| v. | **NOTICE OF INTENT TO EXPUNGE RECORDING OF LIS PENDENS** |
| CB SURETY LLC, et al., | Recorded Owners: |
| Defendants. | A&A Gastwirth Trust<br>Gastwirth Aric Trust<br>Gastwirth Annette Trust |

NOTICE IS HEREBY GIVEN that on August 20, 2024, the Receiver recorded a Lis Pendens with the Volusia County Recorder, as Document Number 2024162073, for real property located at 1428 New Bolton Drive, Port Orange, Florida 32129, APN 630617000960. A copy of the recorded lis pendens is attached hereto as Exhibit A.

The Receiver now hereby notifies the Court and all Parties that Exhibit A shall be expunged. A copy of this Notice shall be filed with the Volusia County Recorder. The Receiver shall file a further Notice of Recording of the Expungement of Lis Pendens once this Notice of Expungement has been recorded by the Volusia County Recorder.

This Notice of Expungement follows the Court's issuance of a Permanent Injunction in this matter as to Reseller Consultants, Inc., Run it Up, Inc., Won it All,

1 | Inc, Ambragold, Inc., and Aric Gastwirth. *See* ECF No. 110.

3 | Dated: June 16, 2025                    **DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
    Oliver M. Kiefer
    Attorneys for Receiver

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Oliver M. Kiefer
Oliver M. Kiefer

*Attorney for Receiver,*
*Kenneth Jones*