# Exhibit A

8/20/2024 11:42:03 AM
Case 2:23-cv-02812-TLN-SCR   Document 111-1   Filed 06/16/25   Page 2 of 3 2 pages
Case 2:23-cv-02812-TLN-SCR   Document 71   Filed 04/18/24   Page 1 of 2 4516
Electronically Recorded By
Volusia County Clerk of the Court

1 OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
2 **DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
3 San Diego, California 92121-2133
Telephone: 858.677.1400
4 Facsimile: 858.677.1401

5 Attorneys for Receiver
Kenneth R. Jones
6

I hereby certify that the annexed
Instrument is a true and correct copy of
the original on file in my office,
ATTEST: **KEITH HOLLAND**

Clerk, U. S. District Court
Eastern District of California
By_____
Deputy Clerk

Dated___8 | 8 | 2024___

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 2:23-cv-02812-TLN-DB |
| 12              Plaintiff, | (Assigned to Hon. Troy L. Nunley) |
| 13      v. | **NOTICE OF LIS PENDENS** |
| 14 CB SURETY LLC, et al., | |
| 15              Defendants. | Action Filed:   December 1, 2023<br>Trial Date:   Not scheduled |

16

17        YOU ARE HEREBY NOTIFIED that on or about December 1, 2023, suit was
18 instituted by UNITED STATES OF AMERICA, Plaintiff, against THOMAS EIDE,
19 TRAVIS SMITH, CB SURETY LLC, PEAK BAKERY LLC, CASCADES POINT
20 AT CLEMSON LLC, KP TESTING LLC, STEPHEN CHRISTOPHER, MOTION
21 MEDIA MARKETING INC., SJC FINANCIAL SERVICES INC., ARIC
22 GASTWIRTH, RESELLER CONSULTANTS INC., AMBRAGOLD INC., BRYAN
23 BASS, THINK PROCESSING LLC and BASS BUSINESS CONSULTANTS
24 (collectively, "Defendants"). The suit, as of April 17, 2024, involves a request for a
25 permanent injunction and other equitable relief regarding certain assets of the above-
26 named Defendants, including the following described property located in the County
27 of Volusia, State of Florida, which is commonly described as 1428 New Bolton Drive,
28 Port Orange, Florida 32129 (the "Property"). The Property is a residential property

with a legal description as follows:

    Lot 96 Sunrise Oaks PUD Phase III MB 48 PG 102 PER OR 5293 PG 0666 PER OR 5599 PG 0414 PER OR 7911 PG 0438 PER OR 7982 PG 2666 PER OR 8015 PG 4493

    Assessor Parcel No. 630617000960

Dated:  April 18, 2024                  **DLA PIPER LLP (US)**

                                      By: */s/ Oliver M. Kiefer*
                                         Oliver M. Kiefer
                                       Attorneys for Receiver