OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:   858.677.1400
Facsimile:    858.677.1401

Attorneys for Receiver
Kenneth R. Jones

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CB SURETY LLC, et al.,<br><br>          Defendants. | Case No. 2:23-cv-02812-TLN-DB<br><br>(Assigned to Hon. Troy L. Nunley)<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF LIS PENDENS**<br><br>Action Filed:   December 1, 2023<br>Trial Date:      Not scheduled |
|---|---|

The Receiver hereby notifies the Court and all Parties that the Notice of Lis Pendens for certain real property located in the County of Clark, State of Nevada, which is commonly described as 10309 Carolina Hills Avenue, Las Vegas, Nevada 89144, is withdrawn. *See* ECF No. 70.

This Notice of Lis Pendens has not been recorded other than through filing on this docket, and the Receiver will not take further action with respect to this Notice of Lis Pendens.

This Notice of Withdrawal of Notice of Lis Pendens follows the Court's issuance of a Permanent Injunction in this matter as to Reseller Consultants, Inc., Run it Up, Inc., Won it All, Inc, Ambragold, Inc., and Aric Gastwirth. *See* ECF No. 110.

| | | |
|---|---|---|
| 1 | Dated: June 16, 2025 | **DLA PIPER LLP (US)** |
| 2 | | By: */s/ Oliver M. Kiefer* |
| 3 | | Oliver M. Kiefer<br>Attorneys for Receiver |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Oliver M. Kiefer
Oliver M. Kiefer

*Attorney for Receiver,*
*Kenneth Jones*