1  OLIVER M. KIEFER (SBN 332830)
   *oliver.kiefer@us.dlapiper.com*
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, CA 92121
   Tel: 619.699.2700
4  Fax: 619.699.2701

5

6  *Attorney for Receiver,*
   *Kenneth R. Jones*

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              Case No. 2:23-cv-2812-TLN-DB

11              Plaintiff,                 **NOTICE OF RECEIVER'S TENTH**
                                           **INTERIM STATUS REPORT**
12        v.
                                           JUDGE: Hon. Troy L. Nunley
13  CB SURETY, LLC, et al.,                CTRM:   2

14              Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          1

NOTICE OF RECEIVER'S TENTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-DB

1        TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT

2    JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3        Kenneth R. Jones, the Court-appointed Receiver ("Receiver") in this case, hereby submits

4    his Tenth Interim Status Report setting forth the Receiver's activities, observations, and findings

5    since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable

6    Relief on January 5, 2024. *See* ECF No. 35. The Tenth Interim Status Report is attached hereto as

7    **Exhibit 1**.

8

9    Dated: July 1, 2025                **DLA PIPER LLP (US)**

10                                 By: */s/ Oliver M. Kiefer*

11                                   Oliver M. Kiefer

12                                 *Attorney for Receiver,*
                                *Kenneth Jones*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RECEIVER'S TENTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-DB

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on the 1st day of July, 2025, I caused the foregoing to be electronically

3

filed with the Clerk of the Court using the CM/ECF system, which will send notification of the

4

filing to all participants in the case who are registered CM/ECF users.

5

6

                      */s/ Oliver M. Kiefer*
                          Oliver M. Kiefer

7

8

                      *Attorney for Receiver,*
                      *Kenneth Jones*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RECEIVER'S TENTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-DB