# Exhibit 1

Honorable Troy L. Nunley
United States District Judge
United States District Court for the Eastern District of California


July 1, 2025

Interim Report of Temporary Federal Receiver

Kenneth R. Jones


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


United States of America,

Plaintiff,

v.                                                    Civil Case No. 2:23-cv-02812-TLN-SCR

CB SURETY, LLC, et al.,

Defendants.


Interim Report of Temporary Federal Receiver


On December 7, 2023, a temporary restraining order ("TRO" or "order") was unsealed and appointed me as temporary receiver over the "CB Surety LLC, Peak Bakery LLC, Cascades Pointe at Clemson, LLC, KP Testing, LLC, Motion Media Marketing Inc., SJC Financial Services Inc., Reseller Consultants, Inc., Ambragold, Inc., Think Processing LLC, and Bass Business Consultants." *See* ECF No. 7. The Court's order was based, in part, on the affidavit of US Postal Inspector Jason Chung. *See* ECF No. 2-3.

The Receiver's First Interim Status Report was submitted to the court on December 29, 2023. On January 5, 2024, the Court issued a preliminary injunction in this matter, continuing the interim receivership and directing that the Receiver file a subsequent every 60 days. *See* ECF No. 35.  On August 8, 2024, the Court added Won It All, Inc. and Run It Up, Inc. as Receivership Entities. *See* ECF No. 82. On May 30, 2025, the Court removed Run It Up, Inc. as a Receivership Entity. *See* ECF No. 110.

The contents of this Interim Status Report will focus largely on the actions taken since the last interim report and only reference items previously reported as they pertain to recent actions.

Notices of Lis Pendens and Physical Receivership Property in Storage

Consistent with the Permanent Injunctions issued by the Court regarding Defendants Cascades Point at Clemson, LLC, Reseller Consultants, Inc., Ambragold, Inc., Won it All, Inc., and Run it Up, Inc., *see* ECF Nos. 107, 110, the Receiver has continued to control and preserve assets for those entities that remain Receivership Entities. The Receiver has withdrawn a notice of lis pendens for a property purchased with funds from Run it Up, Inc. and is in the process of removing a notice of lis pendens for a second property also purchased with funds from Run it Up, Inc. *See* ECF Nos. 111, 112. Two real properties remain subject to notices of lis pendens. *See* ECF Nos. 70, 71. The Receiver has determined these real properties were purchased (at least in part) with funds with CB Surety LLC. On February 15, 2024, the Clerk entered default as to CB Surety LLC. *See* ECF No. 65. However, the Receiver does not believe the entry of default changes the Receiver's obligations with respect to CB Surety or Receivership Property that entity controls.

The Receiver currently has in storage physical business records, received mail, cancelled checks and bank fobs for Straw Owner LLCs, along with other miscellaneous documentation related to the Receivership Entities that were stored at Reseller Consultant offices in Las Vegas, Nevada. This documentation is majority related to Ambragold, Inc., and Reseller Consultants, Inc. Additionally, the Receiver has maintained the hard drives from company computers and company cellphones obtained from employees of Reseller Consultants in Las Vegas, Nevada. Physical business records are maintained in storage in Dallas, Texas, while electronics are maintained in storage at Alvarez & Marsal offices.

The Receiver never directly received physical property (such as mail, business records, equipment, or technology) from Run It Up, Inc. To extent physical business records may have been held at Reseller Consultant, Inc. offices in Las Vegas, Nevada the Receiver is prepared to transfer possession of those records upon request.

Annual Listing for Receivership LLCs

*Run It Up, Inc.*

As this entity was removed from the Receivership, *see* ECF No. 82, the Receiver has not filed anything related to this entity.

*Won It All Inc.*

On May 6, 2025, the Receiver filed the annual report in Nevada. *See* Exhibit A. Since this entity is also registered in Florida, on June 24, 2025, the Receiver also obtained a new registered agent and filed reinstatement. *See* Exhibit B.

*Reseller Consultants*

On June 6, 2025, the Receiver obtained a new registered agent and filed for reinstatement. *See* Exhibit C. The next annual report will be due February 28, 2026.

Ongoing Forensic Analysis

The Receiver requested and the DOJ has provided corporate records to the Receiver that were seized from the Defendants, Receivership Entities and/or third parties (including banks).  The Receiver's forensic technology team completed processing those new materials into the Receiver's existing Relativity instance, along with other materials gathered by the Receiver.  Together with the Receiver's data collection, these materials are helping the Receiver form a more complete understanding of the facts.  The Receiver is still in the process of reviewing and analyzing those additional materials.

For example, we have prepared a production of the owner of one of the Receivership Entities' 'OneDrive' account associated with a specific email account. The production was approximately 57.4GB and prepared with PDF images and Native files, with an outline of the folder structure. This information was uploaded into the Receiver's Relativity database.

Receivership expenses summary through May 31, 2025

The total amount of funds spent since the last Receivership report, through May 31, 2025, is $125,217.75.

*Asset Tracing*

The Receiver continues to undergo an effort to identify additional funds that may be property of the Receivership not previously identified.  This included reviewing financial documents, court filings, background information of defendants, and other legal entities that may have been involved in the alleged scheme.  This process is ongoing and will continue as the Receiver continues to receive new and updated information.

*Annual Reports*

The Receiver has undergone an effort to determine the incorporation status of the various Receivership Entities, as described above.  Additionally, funds will be spent to maintain/rectify their statuses.

*Project Management*

The final category of funds spent is related to general project management.  This includes internal meetings to coordinate priorities, discussions with counsel, and drafting and responding to requests. A detailed invoice for time spent by the Receiver along with those I have deemed necessary is available at the request of the Court.

Summary of Expenses for Receivership Counsel

Since the last report, the Receiver incurred $20,679.50 in expenses for professional services from counsel at DLA Piper LLP (US).  The expenses for professional services from counsel at DLA

Piper LLP (US) for the month of April 2025 were $12,314.50 and for May 2025 they were $8,365.00.

These fees included conferring with DOJ, coordinating the removal of certain notices of lis pendens provided above, and advising on requests for information to support the Receiver's duties under the Preliminary Injunction.  A detailed invoice for time spent by Counsel is available at the request of the Court.

Respectfully submitted,

 Kenneth R. Jones
Temporary Federal Receiver

# STATE OF NEVADA

**FRANCISCO V. AGUILAR**
*Secretary of State*

**GABRIEL DI CHIARA**
*Chief Deputy Secretary of State*

**RUBEN J. RODRIGUEZ**
*Deputy Secretary for Southern Nevada*

**DEANNA L. REYNOLDS**
*Deputy Secretary for Commercial Recordings*

*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2452*



**OFFICE OF THE
SECRETARY OF STATE**

*401 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7141*

Ekene Isiakpona
2100 Ross Ave 21st Floor
Dallas, TX 75201, USA

**Work Order #:** W2025050600850
May 6, 2025
Receipt Version: 1

**Special Handling Instructions:**

**Submitter ID:** 904274

**Charges**

| Description | Fee Description | Filing Number | Filing Date/Time | Filing Status | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| Annual List 9/2024 | Fees | 20254877834 | 5/6/2025 10:53:33 AM | Approved | 1 | $150.00 | $150.00 |
| Annual List 9/2024 | Business License Fee | 20254877834 | 5/6/2025 10:53:33 AM | Approved | 1 | $500.00 | $500.00 |
| Annual List 9/2024 | Business License Late Fee | 20254877834 | 5/6/2025 10:53:33 AM | Approved | 1 | $100.00 | $100.00 |
| Annual List 9/2024 | Annual List Late Fee | 20254877834 | 5/6/2025 10:53:33 AM | Approved | 1 | $75.00 | $75.00 |
| Total | | | | | | | $825.00 |

**Payments**

| Type | Description | Payment Status | Amount |
|---|---|---|---|
| Credit Card | 7465540008296697903699 | Success | $825.00 |
| Credit Card | Service Fee | Success | $20.63 |
| Total | | | $845.63 |

**Credit Balance:**    $0.00

Ekene Isiakpona
2100 Ross Ave 21st Floor
Dallas, TX 75201, USA

# STATE OF NEVADA

**FRANCISCO V. AGUILAR**
*Secretary of State*

**RUBEN J. RODRIGUEZ**
*Deputy Secretary for Southern Nevada*

*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2452*



**OFFICE OF THE**
## SECRETARY OF STATE

**GABRIEL DI CHIARA**
*Chief Deputy Secretary of State*

**DEANNA L. REYNOLDS**
*Deputy Secretary for Commercial Recordings*

*401 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7141*

## Business Entity - Filing Acknowledgement

05/06/2025

| | |
|---|---|
| **Work Order Item Number:** | W2025050600850 - 4435896 |
| **Filing Number:** | 20254877834 |
| **Filing Type:** | Annual List |
| **Filing Date/Time:** | 05/06/2025 10:53:33 AM |
| **Filing Page(s):** | 3 |

**Indexed Entity Information:**

| | |
|---|---|
| **Entity ID:** E0424362018-8 | **Entity Name:** WON IT ALL, INC. |
| **Entity Status:** Active | **Expiration Date:** None |

Commercial Registered Agent
INCORP SERVICES, INC.*

9107 West Russell Road Suite 100, Las Vegas, NV 89148, USA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recording Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

*F.V.Aguilar*

FRANCISCO V. AGUILAR
Secretary of State

2250 Las Vegas Blvd North
North Las Vegas, NV 89030

401 N. Carson Street
Carson City, NV 89701

1 State of Nevada Way
Las Vegas, NV 89119

**FRANCISCO V. AGUILAR**
**Secretary of State**
**401 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
Website:  www.nvsos.gov
          www.nvsilverflume.gov

# Annual or Amended List and State Business License Application

☑ **ANNUAL**    ☐ **AMENDED** (check one)

## List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

| | |
|---|---|
| **WON IT ALL, INC.** | **NV20181648449** |
| NAME OF ENTITY | Entity or Nevada Business Identification Number (NVID) |

## TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT

_**IMPORTANT:**_ _Read instructions before completing and returning this form._

Please indicate the entity type (check only one):

| Filed in the Office of | Business Number E0424362018-8 |
|---|---|
| _signature_ Secretary of State State Of Nevada | Filing Number 20254877834 |
| | Filed On 05/06/2025 10:53:33 AM |
| | Number of Pages 3 |

☑ Corporation
  ☐ This corporation is publicly traded, the Central Index Key number is: _____

☐ Nonprofit Corporation (see nonprofit sections below)

☐ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership

☐ Business Trust

☐ Corporation Sole

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

---

**CHECK ONLY IF APPLICABLE**
Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.
  ☐ 001 - Governmental Entity
  ☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number _____

**For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those  claiming an exemption under 501(c) designation must indicate by checking box below.

  ☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee.
     Exemption Code 002

**For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a  tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the  requirement to obtain a state business license.  Please indicate below if this entity falls under one of these categories by marking the appropriate box.  If the entity does not fall under either of these categories please submit $200.00 for the state business license.

  ☐ Unit-owners' Association      ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c)

**For nonprofit entities formed under NRS Chapter 82 and 80:**Charitable Solicitation Information - check applicable box
Does the Organization intend to solicit charitable or tax deductible contributions?
  ☐ No - no additional form is required
  ☐ Yes - the "Charitable Solicitation Registration Statement" is required.
  ☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required

        **Failure to include the required statement form will result in rejection of the filing and could result in late fees.**



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application - Continued

**Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

CORPORATION, INDICATE THE <u>Director</u>:

| Annette Gastwirth | USA |
|---|---|
| Name | Country |

| Attn. Ekene Isiakpona, Alvarez & Marsal Disputes & Investigations, LLC 2100 Ross Avenue, 21st Floor | Dallas | TX | 75201 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

CORPORATION, INDICATE THE <u>President</u>:

| Annette Gastwirth | USA |
|---|---|
| Name | Country |

| Attn. Ekene Isiakpona, Alvarez & Marsal Disputes & Investigations, LLC 2100 Ross Avenue, 21st Floor | Dallas | TX | 75201 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

CORPORATION, INDICATE THE <u>Secretary</u>:

| Annette Gastwirth | USA |
|---|---|
| Name | Country |

| Attn. Ekene Isiakpona, Alvarez & Marsal Disputes & Investigations, LLC 2100 Ross Avenue, 21st Floor | Dallas | TX | 75201 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

CORPORATION, INDICATE THE <u>Treasurer</u>:

| Annette Gastwirth | USA |
|---|---|
| Name | Country |

| Attn. Ekene Isiakpona, Alvarez & Marsal Disputes & Investigations, LLC 2100 Ross Avenue, 21st Floor | Dallas | TX | 75201 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X  Ekene Isiakpona**
_____
Signature of Officer, Manager, Managing Member,
General Partner, Managing Partner, Trustee,
Subscriber, Member, Owner of Business,

| Authorized Signer | 05/06/2025 |
|---|---|
| Title | Date |



# NEVADA STATE BUSINESS LICENSE

### WON IT ALL, INC.

### Nevada Business Identification # NV20181648449
### Expiration Date: 09/30/2025

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes. License is not transferable and is not in lieu of any local business license, permit or registration.

**License must be cancelled on or before its expiration date if business activity ceases. Failure to do so will result in late fees or penalties which, by law, cannot be waived**.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on 05/06/2025.

FRANCISCO V. AGUILAR
Secretary of State

Certificate Number: B202505065694632
You may verify this certificate
online at https://www.nvsilverflume.gov/home

## 2025 FLORIDA PROFIT CORPORATION REINSTATEMENT
DOCUMENT# P13000001774

**Entity Name:** WON IT ALL, INC.

**Current Principal  Place of Business:**

501 S. RANCHO DRIVE
STE A3
LAS VEGAS,  NV  89106

**Current Mailing Address:**

C/O EKENE ISIAKPONA, ALVAREZ & MARSAL DISPUTES &
INVESTIGATIONS LLC
2100 ROSS AVENUE 21ST FLOOR
DALLAS,  TX  75201  US

**FEI Number: 46-1695987**                              **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

INCORP SERVICES, INC.
3458 LAKESHORE DRIVE
TALLAHASSEE, FL  32312 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  KATHY SHIN                                                          06/24/2025
| Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| Title | PRES | Title | SEC |
|---|---|---|---|
| Name | GASTWIRTH, ARIC | Name | GASTWIRTH, ARIC |
| Address | C/O EKENE ISIAKPONA, ALVAREZ & MARSAL DISPUTES & INVESTIGATIONS LLC 2100 ROSS AVENUE 21ST FLOOR | Address | C/O EKENE ISIAKPONA, ALVAREZ & MARSAL DISPUTES & INVESTIGATIONS LLC 2100 ROSS AVENUE 21ST FLOOR |
| City-State-Zip: | DALLAS  TX  75201 | City-State-Zip: | DALLAS  TX  75201 |

| Title | DIRECTOR | Title | AUTHORIZED REPRESENTATIVE |
|---|---|---|---|
| Name | GASTWIRTH, ANNETTE | Name | EKENE, ISIAKPONA |
| Address | C/O EKENE ISIAKPONA, ALVAREZ & MARSAL DISPUTES & INVESTIGATIONS LLC 2100 ROSS AVENUE 21ST FLOOR | Address | 2100 ROSS AVENUE 21ST FLOOR |
| City-State-Zip: | DALLAS  TX  75201 | City-State-Zip: | DALLAS  TX  75201 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: EKENE ISIAKPONA                          AUTHORIZED                   06/24/2025
                                                     REPRESENTATIVE
| Electronic Signature of Signing Officer/Director Detail | Date |

# STATE OF NEVADA

**FRANCISCO V. AGUILAR**
*Secretary of State*

**GABRIEL DI CHIARA**
*Chief Deputy Secretary of State*

**RUBEN J. RODRIGUEZ**
*Deputy Secretary for Southern Nevada*

**DEANNA L. REYNOLDS**
*Deputy Secretary for Commercial Recordings*

*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2452*



**OFFICE OF THE**
**SECRETARY OF STATE**

*401 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7141*

Ekene Isiakpona
2100 Ross Ave 21st Floor
Dallas, TX 75201, USA

**Work Order #:** W2025060601235
June 6, 2025
Receipt Version: 1

**Special Handling Instructions:**

**Submitter ID:** 904274

**Charges**

| Description | Fee Description | Filing Number | Filing Date/Time | Filing Status | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| Certificate of Reinstatement 2/2025 | Fees | 20254952887 | 6/6/2025 1:18:14 PM | Approved | 1 | $300.00 | $300.00 |
| Certificate of Reinstatement 2/2024-2/2025 | Business License Fee | 20254952887 | 6/6/2025 1:18:14 PM | Approved | 2 | $1000.00 | $1000.00 |
| Certificate of Reinstatement 2/2024-2/2025 | Business License Late Fee | 20254952887 | 6/6/2025 1:18:14 PM | Approved | 2 | $200.00 | $200.00 |
| Certificate of Reinstatement 2/2024-2/2025 | Annual List Fee | 20254952887 | 6/6/2025 1:18:14 PM | Approved | 2 | $300.00 | $300.00 |
| Certificate of Reinstatement 2/2024-2/2025 | Annual List Late Fee | 20254952887 | 6/6/2025 1:18:14 PM | Approved | 2 | $150.00 | $150.00 |
| Total | | | | | | | $1950.00 |

**Payments**

| Type | Description | Payment Status | Amount |
|---|---|---|---|
| Credit Card | 7492410810646397903300 | Success | $1950.00 |
| Credit Card | Service Fee | Success | $48.75 |
| Total | | | $1998.75 |

**Credit Balance:**    $0.00

Ekene Isiakpona
2100 Ross Ave 21st Floor
Dallas, TX 75201, USA

# STATE OF NEVADA



**FRANCISCO V. AGUILAR**
*Secretary of State*

**RUBEN J. RODRIGUEZ**
*Deputy Secretary for Southern Nevada*

*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2452*

**GABRIEL DI CHIARA**
*Chief Deputy Secretary of State*

**DEANNA L. REYNOLDS**
*Deputy Secretary for Commercial Recordings*

*401 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7141*

**OFFICE OF THE**
## SECRETARY OF STATE

## Business Entity - Filing Acknowledgement

06/06/2025

| | |
|---|---|
| **Work Order Item Number:** | W2025060601235 - 4506420 |
| **Filing Number:** | 20254952887 |
| **Filing Type:** | Certificate of Reinstatement |
| **Filing Date/Time:** | 06/06/2025 13:18:14 PM |
| **Filing Page(s):** | |

**Indexed Entity Information:**

**Entity ID:** E12150342021-4    **Entity Name:** Reseller Consultants, Inc.

**Entity Status:** Active    **Expiration Date:** None

Commercial Registered Agent
INCORP SERVICES, INC.*

9107 West Russell Road Suite 100, Las Vegas, NV 89148, USA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recording Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

*FVAguilar*

FRANCISCO V. AGUILAR
Secretary of State

Page 1 of 1
**Commercial Recording**

| 2250 Las Vegas Blvd North | 401 N. Carson Street | 1 State of Nevada Way |
|---|---|---|
| North Las Vegas, NV 89030 | Carson City, NV 89701 | Las Vegas, NV 89119 |



**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov



| Filed in the Office of | Business Number |
|---|---|
| | E12150342021-4 |
| | Filing Number |
| | 20254952887 |
| Secretary of State | Filed On |
| State Of Nevada | 06/06/2025 13:18:14 PM |
| | Number of Pages |
| | 5 |

# Certificate of Reinstatement/Revival

## NRS 78, 78A, 80, 81, 82, 84, 86, 87, 87A, 88, 88A and 89

☑ Reinstatement          ☐ Revival

| | |
|---|---|
| **1. Entity information:** | Name of entity as on file with the Nevada Secretary of State: |
| | Reseller Consultants, Inc. |
| | Entity or Nevada Business Identification Number (NVID): **NV20212007005** |
| **2. Registered Agent for Service of Process:** (check only one box) | ☑ Commercial Registered Agent (name only below)    ☐ Noncommercial Registered Agent (name and address below)    ☐ Office or position with Entity (title and address below) |
| | INCORP SERVICES, INC.* |
| | Name of Registered Agent **OR** Title of Office or Position with Entity |
| **2a. Certificate of Acceptance of Appointment of Registered Agent:** (Include "Registered Agent Acceptance/ Statement of Change" form if needed for signature) | 9107 West Russell Road Suite 100 \| Las Vegas \| Nevada \| 89148 |
| | Street Address \| City \| Zip Code |
| | \| \| Nevada \| |
| | Mailing Address (If different from street address) \| City \| Zip Code |
| | *I hereby accept appointment as Registered Agent for the above named Entity. If the registered agent is unable to sign the Articles of Incorporation, submit a separate signed Registered Agent Acceptance form.* |
| | X InCorp Services, Inc. \| 06/06/2025 |
| | **Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity** \| Date |
| **3. Date When Revival is to Commence:** | Date when revival of charter is to commence or be effective, which may be before the date of the certificate: |
| **4. Duration of Revival:** (A date is required for entities under NRS 88) | Indicate whether or not the revival is to be perpetual, and, if not perpetual, the time for which the revival is to continue. Limited Partnership under NRS 88 must indicate a date. The corporation's existence shall be: PERPETUAL or |
| **5.Current List :**  Reinstatements: List of Officers, Managers, Managing Members, General Partners, Managing Partners,Trustee or Subscribers  Revivals: List of Officers, Managers, Managing Members, General Partners, Managing Partners or Trustee | CORPORATION, INDICATE THE <u>President,</u> OR EQUIVALENT OF:    Title: **President** |
| | Annette Goldstein \| **USA** |
| | Name \| Country |
| | Attn. Ekene Isiakpona, Alvarez & Marsal Disputes & Investigations, LLC 2100 Ross Avenue, 21st Floor \| **Dallas** \| **TX** \| **75201** |
| | Address \| City \| State \| Zip/Postal Code |
| | CORPORATION, INDICATE THE <u>Secretary,</u> OR EQUIVALENT OF:    Title: **Secretary** |
| | Annette Goldstein \| **USA** |
| | Name \| Country |
| | Attn. Ekene Isiakpona, Alvarez & Marsal Disputes & Investigations, LLC 2100 Ross Avenue, 21st Floor \| **Dallas** \| **TX** \| **75201** |
| | Address \| City \| State \| Zip/Postal Code |
| | CORPORATION, INDICATE THE <u>Treasurer,</u> OR EQUIVALENT OF:    Title: **Treasurer** |

*This form must be accompanied by appropriate fees.*

page1 of 4
Revised: 1/1/2019

**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
        www.nvsilverflume.gov

---

# Certificate of Reinstatement/Revival
## NRS 78, 78A, 80, 81, 82, 84, 86, 87, 87A, 88, 88A and 89

☑ Reinstatement          ☐ Revival

---

| Annette Goldstein | | USA |
|---|---|---|
| Name | | Country |

| Attn. Ekene Isiakpona, Alvarez & Marsal Disputes & Investigations, LLC 2100 Ross Avenue, 21st Floor | Dallas | TX | 75201 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

**CORPORATION, INDICATE THE <u>Director,</u> OR EQUIVALENT OF:**    Title: **Director**

| Annette Goldstein | | USA |
|---|---|---|
| Name | | Country |

| Attn. Ekene Isiakpona, Alvarez & Marsal Disputes & Investigations, LLC 2100 Ross Avenue, 21st Floor | Dallas | TX | 75201 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

---

*This form must be accompanied by appropriate fees.*

**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
**(775) 684-5708**
**Website:  www.nvsos.gov**
          www.nvsilverflume.gov

# Certificate of Reinstatement/Revival
## NRS 78, 78A, 80, 81, 82, 84, 86, 87, 87A, 88, 88A and 89

☑ Reinstatement          ☐ Revival

| | |
|---|---|
| **6. Statement of Fact:** (Revivals only, select one. Entities under NRS 84 cannot revive) | ☐  Revival pursuant to 78.730 or 81.010: (check one)<br><br>The undersigned declare that the corporation desires to revive its corporate charter and is, or has been, organized and carrying on the business authorized by its existing or original charter and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapters 78 and/or 81.<br><br>☐  The undersigned declare that they have obtained written consent of the stockholders of the corporation holding at least a majority of the voting power and that this consent was secured; furthermore, that they are the person(s) designated or appointed by the stockholders of the corporation to revive the corporation.<br><br>☐  The undersigned declare that they are the person(s) who have been designated by a majority of the directors in office to sign this certificate and that no stock has been issued. Membership approval not required under NRS 81.010(2). |
| | ☐  Revival pursuant to 80:<br>The undersigned declare that the corporation desires to revive its qualification to do business and is, or has been, organized and carrying on the business authorized by its existing or original qualification and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapter 80.<br><br>☐  The undersigned declare that they have obtained written consent of the stockholders of the corporation holding at least a majority of the voting power and that this consent was secured; furthermore, that they are the person(s) designated or appointed by the stockholders of the corporation to revive the qualification.<br><br>☐  The undersigned declare that they are the person(s) who have been designated by a majority of the directors in office to sign this certificate and that no stock has been issued. |
| | ☐  Revival pursuant to 82:<br>The undersigned declare that the corporation desires to revive its corporate charter and is, or has been, organized and carrying on the business authorized by its existing or original charter and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapters 81 and 82.<br><br>This certificate must be executed by the President or Vice President **AND** Secretary or Assistant Secretary.<br><br>The undersigned declare that the execution and filing of this certificate has been approved unanimously by the last-appointed surviving directors of the corporation and the unanimous consent has been secured: |

**FRANCISCO V. AGUILAR**
Secretary of State
401 North Carson Street
Carson City, Nevada 89701-4201
**(775) 684-5708**
Website: www.nvsos.gov
www.nvsilverflume.gov

# Certificate of Reinstatement/Revival
## NRS 78, 78A, 80, 81, 82, 84, 86, 87, 87A, 88, 88A and 89
☑ Reinstatement            ☐ Revival

| | |
|---|---|
| **6. Statement of Fact:**<br>(Revivals only, select one. Entities under NRS 84 cannot revive) | ☐  **Revival pursuant to 86.580:**<br>The undersigned declare that the limited-liability company desires to revive its charter and is, or has been,<br>organized and carrying on the business authorized by its existing or original charter and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapter 86.<br>The undersigned declares that he has been designated or appointed by the members to sign this certificate. Furthermore, the execution and filing of this certificate has been approved and secured by the written consent of a majority of the members. |
| | ☐  **Revival pursuant to 86:**<br>The undersigned declare that the foreign limited-liability company desires to revive its registration and is, or has been, organized and carrying on the business authorized by its existing or original registration and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of NRS 86.5467.<br>The undersigned declares that he/she has obtained approval by written consent of the majority in interest and that this consent was secured. |
| | ☐  **Revival pursuant to 87, 87A, 88 or 88A:**<br>The undersigned declare that the limited partnership, limited-liability partnership, limited-liability limited partnership or business trust desires to revive its certificate and is, or has been, organized and carrying on the business authorized by its existing or original certificate and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapter 87, 87A, 88 or 88A<br>The undersigned declares that he/she has been designated or appointed by the general partners, managing partners or trustees to sign this certificate. Furthermore, the execution and filing of this certificate has been approved and secured by the written consent of the general partners or managing partners holding at least a majority of the voting powers. |
| | ☐  **Revival pursuant to 89:**<br>The undersigned declare that the professional association desires to revive its articles of association and is, or has been, organized and carrying on the business authorized by its existing or original articles of association and amendments thereto, and desires to continue through revival its existence pursuant to and subject to the provisions of Chapter 89.<br>The undersigned declares that he/she has been designated or appointed by the members to sign this certificate. Furthermore, the execution and filing of this certificate has been approved and secured by the written consent of the holders of a membership interest in the professional association holding at least a majority of voting power. |
| **7. Signatures:**<br>(Required) | **I declare under the penalty of perjury that the reinstatement/revival has been authorized by a court of competent jurisdiction or by the duly selected manager or managers of the entity or if the entity has no managers, its managing members.**<br><br>**I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.** |

**X** **Ekene Isiakpona**

Signature of Officer, Manager, Managing Member,
General Partner, Managing Partner, Trustee, or
Authorized Signer

| **Authorized Signer** | **06/06/2025** |
|---|---|
| Title | Date |

*FORM WILL BE RETURNED IF UNSIGNED.*

*This form must be accompanied by appropriate fees.*



**FRANCISCO V. AGUILAR**
**Secretary of State**
**401 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website:  www.nvsos.gov**



| Filed in the Office of | Business Number |
| --- | --- |
| | E12150342021-4 |
| *[signature]* | Filing Number |
| | 20254952887 |
| Secretary of State | Filed On |
| State Of Nevada | 06/06/2025 13:18:14 PM |
| | Number of Pages |
| | 5 |

# Registered Agent Acceptance/Statement of Change

### (PURSUANT TO NRS 77.310, 77.340, 77.350, 77.380)

**TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT**

| | |
| --- | --- |
| **1.  Entity information:** | Name of represented entity: <br><br> Reseller Consultants, Inc. <br><br> Entity or Nevada Business Identification Number (NVID): <br> (for entities currently on file) |
| **2. Registered Agent Acceptance:** | ☑ Registered Agent Acceptance |
| **3. Information Being Changed:** | Statement of Change takes the following effect: (select only one) <br> ☐ Appoints New Agent (complete section 5) <br> ☐ Update Represented Entity Acting as Registered Agent (complete sections 5) <br> ☐ Update Registered Agent Name (complete sections 4 & 5) <br> ☐ Update Registered Agent Address (complete sections 4 & 5) |
| **4. Registered Agent Information Before the Change:** (Non-commercial registered agents **ONLY**) | Name of Registered Agent   OR   Title of Office or Position with Entity <br><br> Street Address          City          Nevada   Zip Code <br><br> Mailing Address (if different from street address)   City   Nevada   Zip Code |
| **5. Newly Appointed Registered Agent or Registered Agent Information After the Change:** | ☑ Commercial Registered Agent:(name only below)   ☐ Noncommercial Registered Agent (name and address below)   ☐ Office or Position with Entity (title or position and address below) <br><br> InCorp Services, Inc. <br> Name of Registered Agent   OR   Title of Office or Position within Entity <br><br> Street Address          City          Nevada   Zip Code <br><br> Mailing Address (if different from street address)   City   Nevada   Zip Code |
| **6. Electronic Notification:** (Optional) | Email address for electronic notifications for "Non-Commercial" or "Office or Positions with Entity" registered agents only: |
| **7. Certificate of Acceptance of Appointment of Registered Agent:** (Required) | *I hereby accept appointment as Registered Agent for the above named Entity.* <br><br> X *[signature]*   Louise Breytenbach on behalf of InCorp Services, Inc.   06/06/2025 <br> **Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity**   Date |
| **8. Signature of Represented Entity:** (Required) | X _____   06/06/2025 <br> **Authorized Signature On Behalf of the Entity**   Date |

**FEE: $60.00**
This form must be accompanied by appropriate fees.



# NEVADA STATE BUSINESS LICENSE

### Reseller Consultants, Inc.

### Nevada Business Identification # NV20212007005
### Expiration Date: 02/28/2026

In  accordance with Title 7 of Nevada Revised Statutes, pursuant to proper  application duly filed and payment of appropriate prescribed  fees, the above named is hereby granted a Nevada State Business License  for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes.  License is not transferable and is not in lieu of any local business license, permit or registration.

**License must be cancelled on or before its expiration date if business activity ceases. Failure to do so will result in late fees or penalties which, by law, cannot be waived**.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on 06/06/2025.

FRANCISCO V. AGUILAR
Secretary of State

Certificate Number: B202506065791893
You may verify this certificate
online at https://www.nvsilverflume.gov/home