OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:  858.677.1400
Facsimile:   858.677.1401

Attorneys for Receiver
Kenneth R. Jones

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CB SURETY LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02812-TLN-DB<br><br>(Assigned to Hon. Troy L. Nunley)<br><br>**NOTICE OF RECORDING OF EXPUNGEMENT OF LIS PENDENS**<br><br>Recorded Owners:<br>　A&A Gastwirth Trust<br>　Gastwirth Aric Trust<br>　Gastwirth Annette Trust |

NOTICE IS HEREBY GIVEN that on June 24, 2025, the Receiver recorded a Notice of Intent to Expunge Recording of Lis Pendens with the Volusia County Recorder, as Document Number 2025118430, for real property located at 1428 New Bolton Drive, Port Orange, Florida 32129, APN 630617000960. A copy of the recorded Notice of Intent to Expunge Recording of Lis Pendens is attached hereto as Exhibit A.

Dated: July 9, 2025　　　　　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Oliver M. Kiefer*
　　　　　　　　　　　　　　　　　　　　　　　　Oliver M. Kiefer
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

*/s/ Oliver M. Kiefer*
Oliver M. Kiefer

*Attorney for Receiver,*
*Kenneth Jones*