# Exhibit A

-----------------------------------------
(Space above this line reserved for recording office use)

**Document Title:** NOTICE OF INTENT TO EXPUNGE RECORDING OF LIS PENDENS
(Mortgage, Deed, Etc.)

**Return Document To / Prepared By:**
Oliver M. Kiefer, Esq., DLA Piper LLP (US)
4365 Executive Drive, Suite 1100, San Diego, CA 92121

OLIVER M. KIEFER (SBN 332830)
oliver.kiefer@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: 858.677.1400
Facsimile: 858.677.1401

Attorneys for Receiver
Kenneth R. Jones

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: KEITH HOLLAND
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 06/16/25

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CB SURETY LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02812-TLN-DB<br><br>(Assigned to Hon. Troy L. Nunley)<br><br>**NOTICE OF INTENT TO EXPUNGE RECORDING OF LIS PENDENS**<br><br>Recorded Owners:<br>　A&A Gastwirth Trust<br>　Gastwirth Aric Trust<br>　Gastwirth Annette Trust |

NOTICE IS HEREBY GIVEN that on August 20, 2024, the Receiver recorded a Lis Pendens with the Volusia County Recorder, as Document Number 2024162073, for real property located at 1428 New Bolton Drive, Port Orange, Florida 32129, APN 630617000960. A copy of the recorded lis pendens is attached hereto as Exhibit A.

The Receiver now hereby notifies the Court and all Parties that Exhibit A shall be expunged. A copy of this Notice shall be filed with the Volusia County Recorder. The Receiver shall file a further Notice of Recording of the Expungement of Lis Pendens once this Notice of Expungement has been recorded by the Volusia County Recorder.

This Notice of Expungement follows the Court's issuance of a Permanent Injunction in this matter as to Reseller Consultants, Inc., Run it Up, Inc., Won it All,

Instrument #2025118430 #3 Book:8720 Page:513

Case 2:23-cv-02812-TLN-SCR   Document 114-1   Filed 07/09/25   Page 4 of 8
Case 2:23-cv-02812-TLN-SCR   Document 111   Filed 06/16/25   Page 2 of 3

1  Inc, Ambragold, Inc., and Aric Gastwirth. *See* ECF No. 110.

2

3  Dated: June 16, 2025                    **DLA PIPER LLP (US)**

4                                          By: */s/ Oliver M. Kiefer*
                                               Oliver M. Kiefer
5                                              Attorneys for Receiver

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
NOTICE OF INTENT TO EXPUNGE RECORDING OF LIS PENDENS

Instrument #2025118430 #4 Book:8720 Page:514

Case 2:23-cv-02812-TLN-SCR   Document 114-1   Filed 07/09/25   Page 5 of 8
Case 2:23-cv-02812-TLN-SCR   Document 111   Filed 06/16/25   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Oliver M. Kiefer
Oliver M. Kiefer

*Attorney for Receiver,*
*Kenneth Jones*

Instrument #2025118430 #5 Book:8720 Page:515

Case 2:23-cv-02812-TLN-SCR   Document 114-1   Filed 07/09/25   Page 6 of 8
Case 2:23-cv-02812-TLN-SCR   Document 111-1   Filed 06/16/25   Page 1 of 3

# Exhibit A

Instrument #2025118430 #6 Book:8720 Page:516

Case 2:23-cv-02812-TLN-SCR   Document 114-1   Filed 07/09/25   Page 7 of 8
Case 2:23-cv-02812-TLN-SCR   Document 111-1   Filed 06/16/25   Page 2 of 3
Case 2:23-cv-02812-TLN-SCR   Document 71   Filed 04/18/24   Page 1 of 2

Instrument# 20241207
Book: 8582 Page: 4516
Electronically Recorded By
Volusia County Clerk of the Court

1  OLIVER M. KIEFER (SBN 332830)
   oliver.kiefer@us.dlapiper.com
2  DLA PIPER LLP (US)
   4365 Executive Drive, Suite 1100
3  San Diego, California 92121-2133
   Telephone: 858.677.1400
4  Facsimile:  858.677.1401

5  Attorneys for Receiver
   Kenneth R. Jones
6

I hereby certify that the annexed
Instrument is a true and correct copy of
the original on file in my office.
ATTEST: KEITH HOLLAND
Clerk, U. S. District Court
Eastern District of California
By: /s/ K. Mena-Sanchez
       Deputy Clerk
Dated 8/8/2024

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           Case No. 2:23-cv-02812-TLN-DB

12 |               Plaintiff,             (Assigned to Hon. Troy L. Nunley)

13 |        v.                            **NOTICE OF LIS PENDENS**

14 | CB SURETY LLC, et al.,
                                          Action Filed: December 1, 2023
15 |               Defendants.            Trial Date:   Not scheduled

16

17      YOU ARE HEREBY NOTIFIED that on or about December 1, 2023, suit was

18 instituted by UNITED STATES OF AMERICA, Plaintiff, against THOMAS EIDE,

19 TRAVIS SMITH, CB SURETY LLC, PEAK BAKERY LLC, CASCADES POINT

20 AT CLEMSON LLC, KP TESTING LLC, STEPHEN CHRISTOPHER, MOTION

21 MEDIA MARKETING INC., SJC FINANCIAL SERVICES INC., ARIC

22 GASTWIRTH, RESELLER CONSULTANTS INC., AMBRAGOLD INC., BRYAN

23 BASS, THINK PROCESSING LLC and BASS BUSINESS CONSULTANTS

24 (collectively, "Defendants"). The suit, as of April 17, 2024, involves a request for a

25 permanent injunction and other equitable relief regarding certain assets of the above-

26 named Defendants, including the following described property located in the County

27 of Volusia, State of Florida, which is commonly described as 1428 New Bolton Drive,

28 Port Orange, Florida 32129 (the "Property"). The Property is a residential property

---

Instrument #2025118430 #7 Book:8720 Page:517 Laura E. Roth, Volusia County Clerk of Court

Case 2:23-cv-02812-TLN-SCR   Document 114-1   Filed 07/09/25   Page 8 of 8
Case 2:23-cv-02812-TLN-SCR   Document 111-1   Filed 06/16/25   Page 3 of 3
Case 2:23-cv-02812-TLN-SCR   Document 71   Filed 04/18/24   Page 2 of 2

with a legal description as follows:

> Lot 96 Sunrise Oaks PUD Phase III MB 48 PG 102 PER OR 5293 PG 0666 PER OR 5599 PG 0414 PER OR 7911 PG 0438 PER OR 7982 PG 2666 PER OR 8015 PG 4493
>
> Assessor Parcel No. 6306l7000960

Dated: April 18, 2024

DLA PIPER LLP (US)

By: */s/ Oliver M. Kiefer*
    Oliver M. Kiefer
    Attorneys for Receiver