# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Michael W. Yurkewicz** was admitted to practice as an attorney in the Courts of this State on **December 13, 2001,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 12th day of August 2025.

Beryl B. Nyamburi
Senior Court Clerk of the Supreme Court