OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:  858.677.1400
Facsimile:  858.677.1401

Attorneys for Receiver
Kenneth R. Jones

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-02812-TLN-DB |
| Plaintiff, | (Assigned to Hon. Troy L. Nunley) |
| v. | **EXPUNGEMENT OF LIS PENDENS** |
| CB SURETY LLC, et al., | Recorded Owners: |
| Defendants. | A&A Gastwirth Trust |
| | Gastwirth Aric Trust |
| | Gastwirth Annette Trust |

NOTICE IS HEREBY GIVEN that on August 20, 2024, the Receiver recorded a Lis Pendens with the Volusia County Recorder, as Document Number 2024162073, for real property located at 1428 New Bolton Drive, Port Orange, Florida 32129, APN 630617000960. A copy of the recorded Lis Pendens is attached hereto as Exhibit A.

**Exhibit A is expunged**. A copy of this Notice shall be filed with the Volusia County Recorder. This Expungement is intended to clarify the Lis Pendens is removed from the subject property. *See* ECF No. 114.

Dated:  August 21, 2025                    **DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
Oliver M. Kiefer
Attorneys for Receiver