# Exhibit A

OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: 858.677.1400
Facsimile: 858.677.1401

Attorneys for Receiver
Kenneth R. Jones

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-02812-TLN-DB |
| Plaintiff, | (Assigned to Hon. Troy L. Nunley) |
| v. | **NOTICE OF LIS PENDENS** |
| CB SURETY LLC, et al., | |
| Defendants. | Action Filed: December 1, 2023<br>Trial Date: Not scheduled |

YOU ARE HEREBY NOTIFIED that on or about December 1, 2023, suit was instituted by UNITED STATES OF AMERICA, Plaintiff, against THOMAS EIDE, TRAVIS SMITH, CB SURETY LLC, PEAK BAKERY LLC, CASCADES POINT AT CLEMSON LLC, KP TESTING LLC, STEPHEN CHRISTOPHER, MOTION MEDIA MARKETING INC., SJC FINANCIAL SERVICES INC., ARIC GASTWIRTH, RESELLER CONSULTANTS INC., AMBRAGOLD INC., BRYAN BASS, THINK PROCESSING LLC and BASS BUSINESS CONSULTANTS (collectively, "Defendants"). The suit, as of April 17, 2024, involves a request for a permanent injunction and other equitable relief regarding certain assets of the above-named Defendants, including the following described property located in the County of Volusia, State of Florida, which is commonly described as 1428 New Bolton Drive, Port Orange, Florida 32129 (the "Property"). The Property is a residential property

| | |
|---|---|
| 1 | with a legal description as follows: |
| 2 | Lot 96 Sunrise Oaks PUD Phase III MB 48 PG 102 PER OR 5293 PG 0666 PER OR 5599 PG 0414 PER OR 7911 PG 0438 PER OR 7982 PG 2666 PER OR 8015 PG 4493 |
| 3 | |
| 4 | |
| 5 | Assessor Parcel No. 630617000960 |

Dated: April 18, 2024                    **DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
  Oliver M. Kiefer
  Attorneys for Receiver