| | |
|---|---|
| 1 | OLIVER M. KIEFER (SBN 332830) |
| 2 | *oliver.kiefer@us.dlapiper.com*<br>**DLA PIPER LLP (US)** |
| 3 | 4365 Executive Drive, Suite 1100<br>San Diego, California 92121-2133 |
| 4 | Telephone:  858.677.1400<br>Facsimile:   858.677.1401 |
| 5 | Attorneys for Receiver |
| 6 | Kenneth R. Jones |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | (Assigned to Hon. Troy L. Nunley) |
| v. | **NOTICE OF MOTION AND MOTION TO SUBSTITUTE RECEIVER** |
| CB SURETY LLC, et al., | |
| Defendants. | Date:  October 2, 2025<br>Time:  2:00 p.m.<br>Crtrm: 2 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 2, 2025, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the above-entitled Court, located at the Robert T. Matsui United States Courthouse, 501 I Street Sacramento, California, 95814, Receiver Kenneth Jones ("Receiver") will and hereby does move this Court, in accordance with Local Civil Rules 230 and 232, for an order relieving Mr. Jones of his duties and substituting Mr. Mark Roberts as Receiver for this matter.

This Motion is based upon: (1) this Notice of Motion and Motion (2) the accompanying Memorandum of Points and Authorities; (3) the Declaration of Kenneth R. Jones filed concurrently herewith; (4) all of the records and papers on file in this action; and (5) such further oral and documentary evidence and argument to be presented at the hearing on this matter.

Dated: August 27, 2025　　　　　　　　　　**DLA PIPER LLP (US)**

By: */s/ Oliver M. Kiefer*
　　　Oliver M. Kiefer

　　　Attorneys for Receiver
　　　Kenneth Jones