1  OLIVER M. KIEFER (SBN 332830)
   *oliver.kiefer@us.dlapiper.com*
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, California 92121-2133
   Telephone:   858.677.1400
4  Facsimile:   858.677.1401

5  Attorneys for Receiver
   Kenneth R. Jones

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,            Case No. 2:23-cv-02812-TLN-DB

12                  Plaintiff,            (Assigned to Hon. Troy L. Nunley)

13          v.                           **DECLARATION OF KENNETH R. JONES IN SUPPORT OF RECEIVER'S MOTION TO SUBSTITUTE RECEIVER**

14   CB SURETY LLC, et al.,

15                  Defendants.          Date:   October 2, 2025
                                         Time:  2:00 p.m.
16                                       Crtrm: 2

17

18

19

20

21

22

23

24

25

26

27

28

I, Kenneth R. Jones, declare as follows:

1.     I have personal knowledge of the matters stated in this declaration and, if called to do so, could and would competently testify thereto.

2.     I am the Court appointed Receiver for the Receivership Entities in the above-captioned matter.

3.     I submit this declaration in support of the Receiver's Motion to Substitute.

4.     I have been offered and have accepted a position that will preclude me from continuing in the capacity of the Receiver. I request the Court appoint a new Receiver for the Receivership Entities in this matter and relieve me of my duties.

5.     My new position will be Global Head of Fraud Risk for a large, designated Global Systemically Important Banks ("G-SIB").

6.     Very early in the selection process for this role, I directed a staff member to provide me a list of banks known to be used by the Receivership Entities. From that review, I determined that the G-SIB offering this role was not used by the Receivership Entities in any manner related to this matter.

7.     The Receiver's role in this matter remains active and includes measures currently underway to secure significant amounts of Receivership Property for preservation pursuant to the Court's January 5, 2024 Order. I will provide further details of the Receivership's current activities in my upcoming interim status report to the Court on August 29, 2025.

8.     Throughout the Receivership, I have relied on support from Mr. Mark Roberts. Mr. Roberts is a Managing Director at Alvarez & Marsal Restructuring & Turnaround in Washington D.C. Mr. Roberts leads the Mid Atlantic Restructuring practice for the organization and has significant experience as a receiver via both state and federal appointments.

9.     I recommend the Court appoint Mr. Roberts as the new Receiver for the Receivership Entities. On August 21, 2025, I spoke with counsel for the United States

1  in this matter, who stated the United States did not oppose my request to substitute

2  Mr. Roberts as the Receiver in this matter.

3        10.    A summary of Mr. Robers qualifications is attached hereto as **Exhibit**

4  **A**.

5        11.    Pursuant to the Court's Order of January 5, 2024, I delegate primary

6  responsibility for the performance of duties and authorities granted by that Order to

7  Mr. Roberts, until such time as the Court appoints a new Receiver.

8

9        I declare under the penalty of perjury of the laws of the United States of

10  America that the foregoing is true and correct.

11

12        DATED this 27th day of August, 2025, at Christiansted, U.S. Virgin Islands.

13

14

15        Kenneth R. Jones

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF KENNETH R. JONES ISO RECEIVER'S MOTION TO SUBSTITUTE RECEIVER
CASE NO. 2:23-cv-02812-TLN-DB