OLIVER M. KIEFER (SBN 332830)
oliver.kiefer@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:  858.677.1400
Facsimile:   858.677.1401

Attorneys for Receiver
Kenneth R. Jones

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cv-02812-TLN-DB |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE RECEIVER** |
| CB SURETY LLC, et al., | |
| Defendants. | |

This matter came before the Court on the Receiver's Motion to Substitute Receiver. Having considered the points and authorities submitted in support of and any opposition to the Motion, together with the pleadings and other relevant materials on file and good cause appearing, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED**:

1. Kenneth R. Jones is relieved of his duties as Receiver in this matter, and
2. Mark Roberts is appointed as the Receiver, with all powers and authorities currently in effect.

DATED this _____ day of _____, 2025.

_____
TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE