OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@us.dlapiper.com*
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619.699.2700
Fax: 619.699.2701

*Attorney for Receiver,*
*Kenneth R. Jones*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CB SURETY, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-2812-TLN-DB<br><br>**NOTICE OF RECEIVER'S ELEVENTH INTERIM STATUS REPORT**<br><br>JUDGE: Hon. Troy L. Nunley<br>CTRM:　2 |

1  TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT
2  JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
3      Kenneth R. Jones, the Court-appointed Receiver ("Receiver") in this case, hereby submits
4  his Eleventh Interim Status Report setting forth the Receiver's activities, observations, and findings
5  since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable
6  Relief on January 5, 2024. *See* ECF No. 35. The Eleventh Interim Status Report is attached hereto
7  as **Exhibit 1**.

9  Dated: August 28, 2025          **DLA PIPER LLP (US)**

10          By: */s/ Oliver M. Kiefer*
            Oliver M. Kiefer

12          *Attorney for Receiver,*
        *Kenneth Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

                                        /s/ Oliver M. Kiefer
                                            Oliver M. Kiefer

                                        *Attorney for Receiver,*
                                        *Kenneth Jones*