**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-02812-TLN-SCR |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO SUBSTITUTE RECEIVER** |
| CB SURETY LLC, et al., | |
| Defendants. | |

1       This matter came before the Court on the Receiver's Motion to Substitute Receiver. (ECF No. 118.) The United States does not oppose this motion. (*Id.* at 3–4.) Having considered the points and authorities submitted in support of and any opposition to the Motion, together with the pleadings and other relevant materials on file and good cause appearing, the Motion is GRANTED.

      IT IS HEREBY ORDERED:

1. Kenneth R. Jones is relieved of his duties as Receiver in this matter, and

2. Mark Roberts is appointed as the Receiver, with all powers and authorities currently in effect.

      DATED this 12th day of September 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2