UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CB SURETY LLC, et al.,<br><br>    Defendants. | No. 2:23-cv-2812-TLN-SCR<br><br>**ORDER** |

Plaintiff's motion for default judgment was referred to the magistrate judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On September 24, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 121.) This deadline has passed, and no objections have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 24, 2025, (ECF No. 121), are ADOPTED in full;

2. Plaintiff's motion for default judgment, (ECF No. 80), is GRANTED; and

3. The Court enters the default judgment as proposed at ECF No. 80-4.

DATED: October 23, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2