1  OLIVER M. KIEFER (SBN 332830)
   *oliver.kiefer@us.dlapiper.com*
2  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
3  San Diego, CA 92121
   Tel: 619.699.2700
4  Fax: 619.699.2701

5

6  *Attorney for Receiver,*
   *Kenneth R. Jones*

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,              | Case No. 2:23-cv-2812-TLN-DB
11 |                  Plaintiff,            | **NOTICE OF RECEIVER'S TWELFTH INTERIM STATUS REPORT**
12 |        v.                              | JUDGE: Hon. Troy L. Nunley
13 | CB SURETY, LLC, et al.,                | CTRM:   2
14 |                  Defendants.           |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT

2  JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3      Mark A. Roberts, the Court-appointed Receiver ("Receiver") in this case, hereby submits

4  his Twelfth Interim Status Report setting forth the Receiver's activities, observations, and findings

5  since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable

6  Relief on January 5, 2024. *See* ECF No. 35. The Twelfth Interim Status Report is attached hereto as

7  **Exhibit 1**.

8

9  Dated: October 28, 2025              **DLA PIPER LLP (US)**

10                              By: */s/ Oliver M. Kiefer*

11                                  Oliver M. Kiefer

12                              *Attorney for Receiver,*
                             *Mark A. Roberts*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RECEIVER'S TWELFTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-DB

1

**<u>CERTIFICATE OF SERVICE</u>**

2          I hereby certify that on the 28th day of October, 2025, I caused the foregoing to be

3    electronically filed with the Clerk of the Court using the CM/ECF system, which will send

4    notification of the filing to all participants in the case who are registered CM/ECF users.

5

6                                                    */s/ Oliver M. Kiefer*
                                                     Oliver M. Kiefer

7
                                                     *Attorney for Receiver,*
8                                                    *Mark A. Roberts*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RECEIVER'S TWELFTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-DB