OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@zwillgen.com*
**ZwillGen Law LLP**
369 Pine Street, Suite 506
San Francisco, CA 94101
Tel: 415.590.2335

*Attorney for Receiver,
Mark A. Roberts*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-2812-TLN-SCR<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION FOR COUNSEL FOR RECEIVER**<br><br>Judge: Hon. Troy L. Nunley |

**TO THE COURT, TO ALL PARTIES HEREIN, AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Counsel for Receiver Mark A. Roberts is no longer with DLA Piper LLP (US). He remains counsel of record for the Receiver. His new contact information is as follows:

> **ZWILLGEN LAW LLP**
> Oliver M. Kiefer (SBN 332830)
> oliver.kiefer@zwillgen.com
> 369 Pine Street, Suite 506
> San Francisco, CA 94101
> Tel: 415.590.2335

Please include Oliver M. Kiefer on all communications and service of documents in this matter at the above-listed address and/or email.

Dated: February 27, 2026

**ZwillGen Law LLP**

By: */s/ Oliver M. Kiefer*
    Oliver M. Kiefer

*Attorney for Receiver,*
*Mark A. Roberts*

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Oliver M. Kiefer
Oliver M. Kiefer

*Attorney for Receiver,*
*Mark A. Roberts*