1  OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@zwillgen.com*
2  **ZwillGen Law LLP**
3  369 Pine Street, Suite 506
San Francisco, CA 94101
4  Tel: 415.590.2335

5  *Attorney for Receiver,*
*Mark A. Roberts*
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,            Case No. 2:23-cv-2812-TLN-SCR
10
                                     **NOTICE OF RECEIVER'S FOURTEENTH**
              Plaintiff,             **INTERIM STATUS REPORT**
11
         v.                          JUDGE: Hon. Troy L. Nunley
12                                   CTRM:  2
CB SURETY, LLC, et al.,
13
              Defendants.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     1
NOTICE OF RECEIVER'S FOURTEENTH INTERIM STATUS REPORT
                              CASE NO. 2:23-CV-2812-TLN-SCR

1    **TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT**

2    **COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

3        Mark A. Roberts, the Court-appointed Receiver ("Receiver") in this case, hereby submits

4    his Fourteenth Interim Status Report setting forth the Receiver's activities, observations, and

5    findings since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other

6    Equitable Relief on January 5, 2024. *See* ECF No. 35. The Fourteenth Interim Status Report is

7    attached hereto as **Exhibit 1**.

8

9    Dated: February 27, 2026               **ZwillGen Law LLP**

10                            By: */s/ Oliver M. Kiefer*

11                                Oliver M. Kiefer

12                            *Attorney for Receiver,*
                         *Mark A. Roberts*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RECEIVER'S FOURTEENTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-SCR

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on the 27th day of February, 2026, I caused the foregoing to be

3

electronically filed with the Clerk of the Court using the CM/ECF system, which will send

4

notification of the filing to all participants in the case who are registered CM/ECF users.

5

6

/s/ Oliver M. Kiefer
Oliver M. Kiefer

7

8

*Attorney for Receiver,*
*Mark A. Roberts*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RECEIVER'S FOURTEENTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-SCR