OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@zwillgen.com*
**ZwillGen Law LLP**
369 Pine Street, Suite 506
San Francisco, CA 94101
Tel: 415.590.2335

*Attorney for Receiver,*
*Mark A. Roberts*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-2812-TLN-SCR |
| Plaintiff, | **NOTICE OF RECEIVER'S FIFTEENTH INTERIM STATUS REPORT** |
| v. | JUDGE: Hon. Troy L. Nunley |
| CB SURETY, LLC, et al., | CTRM:  2 |
| Defendants. | |

1

**TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Mark A. Roberts, the Court-appointed Receiver ("Receiver") in this case, hereby submits his Fifteenth Interim Status Report setting forth the Receiver's activities, observations, and findings since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief on January 5, 2024. *See* ECF No. 35. The Fifteenth Interim Status Report is attached hereto as **Exhibit 1**.

Dated: April 28, 2026

**ZwillGen Law LLP**

By: */s/ Oliver M. Kiefer*
    Oliver M. Kiefer

*Attorney for Receiver,*
*Mark A. Roberts*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of April, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Oliver M. Kiefer
Oliver M. Kiefer

*Attorney for Receiver,*
*Mark A. Roberts*

NOTICE OF RECEIVER'S FIFTEENTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-SCR