OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@zwillgen.com*
**ZwillGen Law LLP**
369 Pine Street, Suite 506
San Francisco, CA 94101
Tel: 415.590.2335

*Attorney for Receiver,*
*Mark A. Roberts*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-2812-TLN-SCR |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR STIPULATED ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS** |
| v. | |
| CB SURETY, LLC, et al., | Date: July 9, 2026 |
| Defendants. | Time: 2:00pm |
| | Courtroom: 2, 15th Floor |
| | Judge: Hon. Troy L. Nunley |

NOM AND MOT. FOR STIP. ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS
CASE NO. 2:23-CV-2812-TLN-SCR

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 9, 2026, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the above-entitled Court, located at the Robert T. Matsui United States Courthouse, 501 I Street Sacramento, California, 95814, Receiver Mark A. Roberts will and hereby does move this Court, in accordance with Local Civil Rules 230 and 232, for a stipulated order requiring Google LLC ("Google") to provide the Receiver access to the contents of certain business accounts associated with Receivership Entities maintained by Google.

This Motion is based upon: (1) this Notice of Motion and Motion (2) the accompanying Memorandum of Points and Authorities; (3) the Declarations of Michael Sugrue and Oliver M. Kiefer filed concurrently herewith; (4) all of the records and papers on file in this action; and (5) such further oral and documentary evidence and argument to be presented at the hearing on this matter.

Dated: June 2, 2026

**ZwillGen Law LLP**

By: */s/ Oliver M. Kiefer*
  Oliver M. Kiefer

*Attorney for Receiver,*
*Mark A. Roberts*

NOM AND MOT. FOR STIP. ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS
CASE NO. 2:23-CV-2812-TLN-SCR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of June, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

*/s/ Oliver M. Kiefer*
Oliver M. Kiefer

*Attorney for Receiver,*
*Mark A. Roberts*

NOM AND MOT. FOR STIP. ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS
CASE NO. 2:23-CV-2812-TLN-SCR