OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@zwillgen.com*
**ZwillGen Law LLP**
369 Pine Street, Suite 506
San Francisco, CA 94101
Tel: 415.590.2335

*Attorney for Receiver,*
*Mark A. Roberts*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CB SURETY, LLC, et al.,<br><br>             Defendants. | Case No. 2:23-cv-2812-TLN-SCR<br><br>**DECLARATION OF OLIVER M. KIEFER IN SUPPORT OF MOTION FOR STIPULATED ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS**<br><br>Judge: Hon. Troy L. Nunley |

1

I, Oliver M. Kiefer, declare as follows:

1.      I am counsel of record for Receiver Mark A. Roberts in this matter. I submit this declaration in support of the Receiver's Motion for a Stipulated Order Regarding Receivership Property Accounts. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      In support of preparing this motion, I conferred with David Aaron of Perkins Coie LLP, who is counsel for Goole LLC related to the Receiver's requests to Google that are the subject of this motion.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the stipulation entered into between the Receiver and Google LLC regarding access to the Google accounts the Receiver believes are Receivership Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 26th day of May, 2026, at San Diego, California.

_____
Oliver M. Kiefer

2

KIEFER DECL. ISO MOT. FOR STIPULATED ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS
CASE NO. 2:23-CV-2812-TLN-SCR