# Exhibit A

OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@zwillgen.com*
**ZwillGen Law LLP**
369 Pine Street, Suite 506
San Francisco, CA 94101
Tel: 415.590.2335

*Attorney for Receiver,*
*Mark A. Roberts*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-2812-TLN-SCR<br><br>**STIPULATION REGARDING PRODUCTION OF CONTENTS AND RECORDS IN SUPPORT OF MOTION FOR STIPULATED ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS**<br><br>Judge: Hon. Troy L. Nunley |

1

In support of Receiver Mark A. Roberts's Motion for Stipulated Order regarding Receivership Property Accounts, the Receiver and Google LLC ("Google"), through their undersigned counsel, hereby stipulate as follows:

1. By Temporary Restraining Order ("TRO") dated December 6, 2023, the Court appointed a Receiver over the Receiver Entities pursuant to 18 U.S.C. § 1345 and Rule 65(c) of the Federal Rules of Civil Procedure. *See* ECF No. 7. On January 5, 2024, this Court entered a Preliminary Injunction continuing the Receivership. *See* ECF No. 35.

2. Google provides a service called Workspace, through which Google provides custom email services and other products to businesses.

3. Each Workspace account has at least one administrator who manages the Workspace services or devices for the entity associated with the account.

4. Google maintained Workspace accounts identified by the domains cbsurety.com, peakbakery.com, and resellerconsultants.com. According to the Receiver, Defendants CB Surety LLC; Peak Bakery LLC; and Reseller Consultants, Inc. owned the Google Workspace accounts (the "Accounts").

5. Obtaining access to the contents and records of the Accounts via administrators assigned to those accounts by the Receivership Entities is not viable because the Court's order provided the Receiver exclusive custody and control over the Accounts in lieu of administrators assigned by the Receivership Entities.

6. Under the Stored Communications Act ("SCA"), 18 U.S.C. § 2702, Google requires confirmation that the Accounts are owned or controlled by the Receiver before Google discloses contents of those accounts to the Receiver.

7. Google has preserved the contents of the Accounts.

8. The Accounts were suspended for nonpayment and were purged in 2024, but the

STIPULATION ISO MOT. FOR STIPULATED ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS
CASE NO. 2:23-CV-2812-TLN-SCR

preserved contents and records remain.

9.      Should the Court issue an order finding that the Accounts belonged to one or more of the Receivership Entities under the Receiver's control and that the Receiver has authority and control over the Accounts, Google shall disclose all preserved data, including content, of the Accounts to the Receiver by sending them to Michael Sugrue, the Receiver's designated representative, in an electronic format of Google's choosing.

10.      Google's compliance with any such order is without prejudice to Google's right to object to personal jurisdiction in this Court in any future matter.

11.      Google's compliance with any such order will complete its obligations with respect to the Accounts in this matter.

IT IS SO STIPULATED.

DATED:  May 22, 2026                    By:      **ZwillGen Law LLP**

_____
OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@zwillgen.com*
369 Pine Street, Suite 506
San Francisco, CA 94101
Tel: 415.590.2335
*Attorney for Receiver,*
*Mark A. Roberts*

DATED:  May 22, 2026                    By:      **Perkins Coie LLP**

_____
David Aaron
Daaron@perkinscoie.com
700 13th Street, NW, Suite 800
Washington, DC 20005-3960
Tel: 202-654-6200
*Attorney for Google LLC*

STIPULATION ISO MOT. FOR STIPULATED ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS
CASE NO. 2:23-CV-2812-TLN-SCR