OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@zwillgen.com*
**ZwillGen Law LLP**
369 Pine Street, Suite 506
San Francisco, CA 94101
Tel: 415.590.2335

*Attorney for Receiver,*
*Mark A. Roberts*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CB SURETY, LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-2812-TLN-SCR<br><br>**[PROPOSED] STIPULATED ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS**<br><br>Judge: Hon. Troy L. Nunley |

1

This matter coming before the Court on the Motion of Receiver Mark A. Roberts (the "Receiver") for entry of an order regarding production of documents and other information from accounts associated with the domains cbsurety.com, peakbakery.com, and resellerconsultants.com (the "Accounts"), the Court **FINDS** and **ORDERS** as follows:

1. By Temporary Restraining Order ("TRO") dated December 6, 2023, Receiver was appointed as temporary receiver over certain entities pursuant to 18 U.S.C. § 1345 and Rule 65(c) of the Federal Rules of Civil Procedure. *See* ECF No. 7.  On January 5, 2024, this Court entered a Preliminary Injunction extending the Receiver's appointment. *See* ECF No. 35.

2. Google LLC ("Google") provides a service called Workspace, through which Google provides custom email services and other products to businesses.

3. Each Workspace account has at least one administrator who manages the Workspace services or devices for the entity associated with the account.

4. Defendants CB Surety LLC, Peak Bakery LLC; Cascades Pointe at Clemson, LLC; KP Testing, LLC; SJC Financial Services, Inc.; Reseller Consultants, Inc.; Ambragold, Inc.; Think Processing LLC; and/or Bass Business Consultants (collectively, the "Receivership Entities") maintained the Accounts.

5. Google has confirmed that it possesses preserved content of the Google Accounts. The Google Accounts were suspended for nonpayment and were purged in 2024, but the content preserved in December 2023 remains.

6. The Receiver has made a sufficient factual showing to this Court to confirm that the Accounts belonged to one or more of the Receivership Entities.  Under the authorities this Court has previously granted Receiver, Receiver has full authority to obtain the contents of the Accounts.

7. The Court therefore finds it necessary and appropriate for Receiver to obtain the contents of any preserved content associated with the Accounts and that doing so under the circumstances of this case as described above is lawful pursuant to the Stored Communications Act, 18 U.S.C. § 2702.

2

[PROPOSED] STIPULATED ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS
CASE NO. 2:23-CV-2812-TLN-SCR

8.     Accordingly, Google shall disclose all preserved data, including content, of the Accounts to Receiver by sending them to Michael Sugrue of Alvaraz & Marsal Disputes & Investigations, LLC, the Receiver's designated representative, in an electronic format of Google's choosing, at email address msugrue@alvarezandmarsal.com.

9.     Google's compliance with this order is without prejudice to Google's right to object to personal jurisdiction in this Court in any future matter.

10.    Google's compliance with this order will complete its obligations with respect to the Account in this matter.

**IT IS SO ORDERED.**

Dated: _____ __, 2026

_____
Troy L. Nunley
United States District Judge

[PROPOSED] STIPULATED ORDER RE RECEIVERSHIP PROPERTY ACCOUNTS