OLIVER M. KIEFER (SBN 332830)
*oliver.kiefer@zwillgen.com*
**ZwillGen Law LLP**
369 Pine Street, Suite 506
San Francisco, CA 94101
Tel: 415.590.2335

*Attorney for Receiver,*
*Mark A. Roberts*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CB SURETY, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-2812-TLN-SCR<br><br>**NOTICE OF RECEIVER'S SIXTEENTH INTERIM STATUS REPORT**<br><br>JUDGE: Hon. Troy L. Nunley<br>CTRM:   2 |

1

**TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Mark A. Roberts, the Court-appointed Receiver ("Receiver") in this case, hereby submits his Sixteenth Interim Status Report setting forth the Receiver's activities, observations, and findings since the Court granted a Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief on January 5, 2024. *See* ECF No. 35. The Sixteenth Interim Status Report is attached hereto as **Exhibit 1**.

Dated: June 26, 2026                                   **ZwillGen Law LLP**

                                                       By: */s/ Oliver M. Kiefer*
                                                            Oliver M. Kiefer

                                                       *Attorney for Receiver,*
                                                       *Mark A. Roberts*

NOTICE OF RECEIVER'S SIXTEENTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-SCR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of June, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Oliver M. Kiefer
Oliver M. Kiefer

*Attorney for Receiver,*
*Mark A. Roberts*

NOTICE OF RECEIVER'S SIXTEENTH INTERIM STATUS REPORT
CASE NO. 2:23-CV-2812-TLN-SCR